

FILED
CLERK, U.S. DISTRICT COURT

OCT - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08- **CR08** **1201** |
| Plaintiff, | |
| v. | I N D I C T M E N T |
| RUBEN CAVAZOS,<br>    aka "Doc,"<br>RUBEN CAVAZOS, JR.,<br>    aka "Lil Rubes,"<br>HECTOR GONZALEZ, JR.,<br>    aka "Largo,"<br>ARTHUR ROSELI, JR.,<br>    aka "Chiques,"<br>JUAN MANUEL NIEVES,<br>    aka "Listo,"<br>ANTHONY MARK TINOCO,<br>    aka "Bengal,"<br>WILLIAM MICHAEL MUNZ,<br>LAWRENCE WILSON,<br>    aka "Lars,"<br>WALTER RAMIREZ,<br>    aka "Bumper,"<br>ANDRES RODRIGUEZ,<br>    aka "Rascal,"<br>ENRIQUE LOUIS MUNOZ,<br>    aka "Hank,"<br>JOSE GARCIA,<br>    aka "Big Joe,"<br>SHAWN BUSS,<br>    aka "Monster,"<br>PETER SOTO,<br>    aka "Bouncer,"<br>ROBERT VINCENT RIOS,<br>    aka "Chente," | [18 U.S.C. § 1962(c):<br>Racketeer Influenced and<br>Corrupt Organizations; 18<br>U.S.C. § 1962(d): Racketeer<br>Influenced and Corrupt<br>Organizations Conspiracy; 18<br>U.S.C. § 1959: Violent Crime<br>in Aid of Racketeering;<br>21 U.S.C. § 846: Conspiracy to<br>Distribute Methamphetamine; 21<br>U.S.C. §§ 841(a)(1),<br>841(b)(1)(A): Distribution of<br>Methamphetamine; 21 U.S.C.<br>§ 846: Conspiracy to<br>Distribute Cocaine;<br>21 U.S.C. §§ 841(a)(1),<br>841(b)(1)(B): Possession with<br>Intent to Distribute Cocaine;<br>18 U.S.C. § 922(g)(1): Felon<br>in Possession of a Firearm; 18<br>U.S.C. § 924(c)(1): Use of a<br>Firearm in Furtherance of a<br>Crime of Violence or Drug-<br>Trafficking Crime; 18 U.S.C. §<br>2(a): Aiding and Abetting; 18<br>U.S.C. § 3: Accessory After<br>the Fact; 18 U.S.C. §§<br>1956(h), 1956(a)(1):<br>Conspiracy to Launder Money;<br>18 U.S.C. § 1957: Money<br>Laundering; |

CB:VOCS

```
 1    AL CAVAZOS, JR.,                    )    18 U.S.C. § 982(a)(1) and
            aka "Al the Suit,"            )    U.S.C. § 853(a): Criminal
 2    MANUEL ARMENDAREZ,                  )    Forfeiture]
            aka "Mandog,"                 )
 3    ROGER MARTINEZ,                     )
            aka "Stamper,"                )
 4    RAFAEL LOZANO,                      )
            aka "Peligroso,"              )
 5    ALEX LOZANO,                        )
            aka "Reaper,"                 )
 6    MARK GARCIA,                        )
            aka "Wolf,"                   )
 7    HORACIO PONCE,                      )
            aka "Scorpio,"                )
 8    FELIX FIGUEROA,                     )
            aka, "Risky,"                 )
 9    DAVID EDWARD GIL,                   )
            aka "L.A. Bull,"              )
10    RICARDO GUTIERREZ,                  )
      JORGE VIRAMONTES,                   )
11          aka "Solo,"                   )
      JOHN CANALES,                       )
12    JUAN ALFRED GONZALEZ,               )
            aka, "Negro,"                 )
13    ANTHONY ZUNIGA,                     )
            aka "Wicked,"                 )
14    BENJAMIN LEYVA,                     )
            aka "Secret,"                 )
15    WILLIAM OWENS,                      )
            aka "Target,"                 )
16    JON JAY MOREIN,                     )
            aka "White Boy Jon,"          )
17    LUIS PADILLA,                       )
            aka "Kiko,"                   )
18    RAYMOND ANTHONY TRUJILLO,           )
      DANIEL MEDEL,                       )
19          aka "Big Dog,"                )
      JOHN ALEX AZANEDO,                  )
20          aka "Bullet,"                 )
      DENIS MALDONADO,                    )
21          aka "Steaky,"                 )
      NORBERTO JOSE MONTES,               )
22          aka "Villain,"                )
      ABRAM WEDIG,                        )
23    VINCENT RODRIGUEZ,                  )
            aka "Monk,"                   )
24    ALESSANDRO LOPEZ,                   )
            aka "Grumpy,"                 )
25    JOSEPH BRADEN,                      )
            aka "Socks,"                  )
26    RAMON CHAVEZ,                       )
      MANUEL MELGOZA,                     )
27    DAVID TELLEZ,                       )
      MARIO ANGULO,                       )
28          aka "Kermit,"                 )
      _____)
```

2

```
 1   RAMON CONTRERAS,                    )
          aka "Speedy,"                  )
 2   RICHARD ESPINOZA,                   )
          aka "Radone,"                  )
 3   ISMAEL RIVERA,                      )
          aka "Yo-Yo,"                   )
 4   DAVID RIVERA,                       )
     HAROLD REYNOLDS,                    )
 5        aka "Face,"                    )
     ISMAEL PADILLA,                     )
 6        aka "Mouth,"                   )
     JASON HULL,                         )
 7   SAM TREVINO,                        )
          aka "Wapo,"                    )
 8   BRANDON CHEVILLE,                   )
          aka "Suicide,"                 )
 9   RUDOLPH VALLE,                      )
          aka "Swifty,"                  )
10   PAUL LEMAY,                         )
          aka "Spider,"                  )
11   WILLIAM SHAWLEY,                    )
          aka "Dago Bull,"               )
12   AARON PRICE,                        )
          aka "Sick Boy,"                )
13   PAUL CORDOVA,                       )
     DAVID NAVA,                         )
14   RENATO GOMEZ,                       )
     BRIAN MCCAULEY,                     )
15   WILLIAM LOUIE,                      )
     JORGE COTTINI,                      )
16        aka "House,"                   )
     SAMUEL GONZALEZ,                    )
17        aka "Serial Sam,"              )
     JAIME FLORES,                       )
18   ALFONSO SOLIS,                      )
     WILLIAM RAMIREZ,                    )
19        aka "Moreno,"                  )
     AUSTIN MELCER,                      )
20        aka "Danger,"                  )
     CHRISTOPHER LOZA,                   )
21        aka "Punk Rock,"               )
     JOHN NEWMAN,                        )
22        aka "Weto,"                    )
     EDWARD MORENO,                      )
23        aka "Violent Ed,"              )
     THOMAS SAVALA,                      )
24        aka "Danger,"                  )
     MANUEL JIMMIE VASQUEZ,              )
25        aka "Leatherface,"             )
     DAVID PADILLA,                      )
26   THOMAS ALARCON,                     )
     JOSE MORALES, and                   )
27   LANCE EUSTICE,                      )
                                         )
28                  Defendants.          )
     _____)
```

1    The Grand Jury charges:

2    <u>GENERAL ALLEGATIONS</u>

3        1.   At all relevant times, defendants RUBEN CAVAZOS, also

4    known as ("aka") "Doc" ("CAVAZOS"), RUBEN CAVAZOS, JR., aka

5    "Little Rubes" ("R. CAVAZOS, JR."), HECTOR GONZALEZ, JR., aka

6    "Largo" ("H. GONZALEZ"), ARTHUR ROSELI, JR., aka "Chiques"

7    ("ROSELI"), JUAN MANUEL NIEVES, aka "Listo" ("NIEVES"), ANTHONY

8    MARK TINOCO, aka "Bengal" ("TINOCO"), WILLIAM MICHAEL MUNZ

9    ("MUNZ"), LAWRENCE WILSON, aka "Lars" ("WILSON"), WALTER RAMIREZ,

10   aka "Bumper" ("W. RAMIREZ"), ANDRES RODRIGUEZ, aka "Rascal"

11   ("RODRIGUEZ"), ENRIQUE LOUIS MUNOZ, aka "Hank" ("MUNOZ"), JOSE

12   GARCIA, aka "Big Joe" ("J. GARCIA"), SHAWN BUSS, aka "Monster"

13   ("BUSS"), PETER SOTO, aka "Bouncer" ("SOTO"), ROBERT VINCENT

14   RIOS, aka "Chente" ("RIOS"), AL CAVAZOS, JR., aka "Al the Suit"

15   ("A. CAVAZOS, JR."), MANUEL ARMENDAREZ, aka "Mandog"

16   ("ARMENDAREZ"), ROGER MARTINEZ, aka "Stamper," ("R. MARTINEZ"),

17   RAFAEL LOZANO, aka "Peligroso" ("R. LOZANO"), ALEX LOZANO, aka

18   "Reaper" ("A. LOZANO"), MARK GARCIA, aka "Wolf" ("M. GARCIA"),

19   HORACIO PONCE, aka "Scorpio" ("PONCE"), FELIX FIGUEROA, aka

20   "Risky" ("FIGUEROA"), DAVID EDWARD GIL, aka "L.A. Bull" ("GIL"),

21   RICARDO GUTIERREZ, aka "Ricko" ("GUTIERREZ"), JORGE VIRAMONTES,

22   aka "Solo" ("VIRAMONTES"), JOHN CANALES, aka "JC" ("CANALES"),

23   JUAN ALFRED GONZALEZ, aka "Negro" ("J. GONZALEZ"), ANTHONY

24   ZUNIGA, aka "Wicked" ("ZUNIGA"), BENJAMIN LEYVA, aka "Secret"

25   ("LEYVA"), WILLIAM OWENS, aka "Target" ("OWENS"), JON JAY MOREIN,

26   "White Boy Jon" ("MOREIN"), LUIS PADILLA, aka "Kiko" ("L.

27   PADILLA"), RAYMOND ANTHONY TRUJILLO, aka "Nasty" ("TRUJILLO"),

28   DANIEL MEDEL, aka "Big Dog" ("MEDEL"), JOHN ALEX AZANEDO, aka

4

"Bullet" ("AZANEDO"), DENIS MALDONADO, aka "Steaky"
("MALDONADO"), NORBERTO JOSE MONTES, aka "Villain" ("MONTES"),
ABRAM WEDIG, aka "Cane" ("WEDIG"), VINCENT RODRIGUEZ, aka "Monk"
("V. RODRIGUEZ"), ALESSANDRO LOPEZ, aka "Grumpy" ("A. LOPEZ"),
JOSEPH BRADEN, aka "Socks" ("BRADEN"), RAMON CHAVEZ ("CHAVEZ"),
MANUEL MELGOZA ("MELGOZA"), DAVID TELLEZ ("TELLEZ"), MARIO
ANGULO, aka "Kermit" ("ANGULO"), RAMON CONTRERAS, aka "Speedy"
("CONTRERAS"), RICHARD ESPINOZA, aka "Radone" ("ESPINOZA"),
ISMAEL RIVERA, aka "Yo-Yo" ("RIVERA"), DAVID RIVERA ("D.
RIVERA"), HAROLD REYNOLDS, aka "Face" ("REYNOLDS"), ISMAEL
PADILLA, aka "Mouth" ("I. PADILLA"), JASON HULL, aka "Big J"
("HULL"), SAM TREVINO, aka "Wapo" ("TREVINO"), BRANDON CHEVILLE,
aka "Suicide" ("CHEVILLE"), RUDOLPH VALLE, aka "Swifty"
("VALLE"), PAUL LEMAY, aka "Spider" ("LEMAY"), WILLIAM SHAWLEY,
aka "Dago Bull" ("SHAWLEY"), AARON PRICE, aka "Sick Boy"
("PRICE"), PAUL CORDOVA, aka "Chopper" ("CORDOVA"), DAVID NAVA
("NAVA"), RENATO GOMEZ ("R. GOMEZ"), BRIAN MCCAULEY ("MCCAULEY"),
WILLIAM LOUIE, aka "Chief" ("LOUIE"), JORGE COTTINI, aka "House"
("COTTINI"), SAMUEL GONZALEZ, aka "Serial Sam" ("S. GONZALEZ"),
ALFONSO SOLIS ("SOLIS"), WILLIAM RAMIREZ, aka "Moreno" ("WILLIAM
RAMIREZ"), AUSTIN MELCER, aka "Danger" ("MELCER"), CHRISTOPHER
LOZA, aka "Punk Rock" ("LOZA"), JOHN NEWMAN, aka "Weto"
("NEWMAN"), EDWARD MORENO, aka "Violent Ed" ("MORENO"), THOMAS
SAVALA, aka "Danger" ("SAVALA"), MANUEL JIMMIE VASQUEZ, aka
"Leatherface" ("VASQUEZ"), DAVID PADILLA, aka "Lazy Dave" ("D.
PADILLA"), THOMAS ALARCON, aka "Sinner" ("ALARCON"), JOSE
MORALES, aka "Pepe" ("MORALES"), LANCE EUSTICE, aka "Big El"
("EUSTICE"), and others known and unknown to the Grand Jury, were

members and associates of an organization engaged in, among other things, murder, conspiracy to commit murder, attempted murder, conspiracy to traffic in narcotics, narcotics-trafficking, robbery, extortion, money laundering, and witness intimidation. At all relevant times, this organization, known as the "Mongols" Biker gang, operated in the Central District of California and elsewhere. The Mongols gang, including its leadership, membership, and associates, constituted an "enterprise," as defined by Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact. The enterprise engaged in, and its activities affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

<u>BACKGROUND OF THE MONGOLS GANG</u>

2.   The Mongols enterprise identifies itself as an "outlaw" motorcycle gang. Its members identify themselves with patches, tattoos and insignia, identifying their connection to the Mongols and status within the organization. Specifically, Mongols will frequently wear leather vests with the "patched" image of a Mongol motorcycle rider and the name of the member's regional "chapter" sewn on the vests. Many also display the designation of "1%," which is a statement used to distinguish Mongols members from the "99%" of motorcycle club members who are legitimate and law-abiding. Mongols define themselves as within the "1%" who are not legitimate and do not adhere to the law or the rights of others. Members may also display the "MFFM" patch or tattoo to identify themselves as "Mongols Forever Forever Mongols."

Females may be permitted to wear a jacket that bears a "Property of" patch and identifying the Mongol member to whom they are attached.

3. The Mongols gang is a nationwide organization and has made efforts to expand internationally. The gang is believed to have approximately 500 to 600 members. Approximately 400 of those are believed to be located in Southern California. The Mongols membership includes members or former members of a large number of Los Angeles County street gangs, including "the Avenues," "18th Street," San Gabriel Valley, South Side Montebello, Lott Stoner, Maravilla and Varrio Nuevo street gangs. The Mongols organization is comprised of approximately sixty-eight identified "chapters." The "chapters" are located in different geographical regions, although most are located within the Central District of California. The Mongols also have chapters in other parts of California, as well as in Oklahoma, Florida, Nevada, Oregon, Maryland, Virginia, Indiana, New York, Utah, Washington, Montana, Arizona, Colorado, Mexico and Canada.

4. The leadership and governing body of the Mongols is its "Mother Chapter." The "Mother Chapter" exercises authority over the actions of individual Mongols members and the regional chapters. Mongols pay money into the "Mother Chapter" in the form of fees, dues and "taxes." Those funds are used, in part, to fund and promote the organization and pay for the legal expenses of Mongols members when they are prosecuted for committing crimes on behalf of the organization. The "Mother Chapter" collects and reviews all membership applications and fees for membership, resolves disputes within the organization,

1  and issues incentives, such as tattoos and Mongols patches that

2  honor Mongols members for committing acts of violence on behalf

3  of the Mongols, incurring physical injury on behalf of the

4  Mongols, or performing specific sexual acts at Mongols events.

5      5.  The "Mother Chapter" is comprised of the Mongols

6  "national officers."  It has been comprised of defendants

7  CAVAZOS, R. CAVAZOS, JR., H. GONZALEZ, ROSELI, NIEVES, TINOCO and

8  MUNZ, with defendant RODRIGUEZ frequently present.  Chapter

9  officers may be invited to present issues to the Mother Chapter

10 for decision.  However, they are not permitted to share in the

11 deliberations of the Mother Chapter, and the Mother Chapter's

12 decisions are binding on the regional chapters.  Lower-ranking

13 members and prospective Mongols members frequently are required

14 to patrol and provide armed security against the presence of law

15 enforcement and rival gang members outside the Mother Chapter

16 meetings.  Those present at Mother Chapter meetings are heavily

17 armed, and the Mongols Mother Chapter maintains an arsenal of

18 firearms, including assault rifles, shotguns and semi-automatic

19 handguns, as well as bullet-proof vests and knives, at the Mother

20 Chapter residence in West Covina, California.

21     6.  The Mongols maintain an established structure and

22 leadership.  The Mongols maintain a written "constitution" and

23 "by-laws" of the organization, which set forth the rules of

24 membership and a code of conduct for the organization, as well as

25 penalties for non-compliance with the rules of the organization.

26     7.  Below the national leadership and "Mother Chapter,"

27 regional Mongols chapters are directed by chapter "presidents"

28 and chapter officers.  These officers include the chapter's

"president," "vice-president," "secretary/treasurer," and its "sergeant-at-arms," who is required to maintain the weapons and firearms for the chapter.  The sergeant-at-arms may also be required to maintain records of membership applications and oversees the evaluation of prospective members by private investigators.

8.  Mongols crimes typically include acts of violence, ranging from battery to murder, drug-trafficking offenses, money laundering, weapons-trafficking, extortion and, very frequently, hate crimes directed against African-American persons who might come into contact with the Mongols.  Members also frequently conduct robberies, steal motorcycles, and engage in the theft of credit card account information as a means to obtain funds for themselves and the organization.  Members often commit their crimes and acts of violence with the conviction that they cannot be prosecuted because they believe victims and witnesses are afraid to testify against them or to cooperate with law enforcement for fear of retaliation by the larger Mongols organization.  Mongols frequently use the reputation of the criminal enterprise, especially its history of large-scale violence and riots, as a means to threaten and intimidate the victims and witnesses to their crimes and protect Mongols from prosecution by local law enforcement.

9.  The Mongols gang is actively engaged in drug-trafficking, especially the distribution of methamphetamine and cocaine.  Mongols members commonly ingest methamphetamine and cocaine at Mongols events.  More than this, however, Mongols members and leaders frequently engage in the distribution of

narcotic drugs, especially methamphetamine and cocaine, as a source of income, both within the organization and to outside customers and associates.   Proceeds from drug-trafficking are then owed to the Mongols leadership and "Mother Chapter" and collected in the form of "dues" and membership fees.   Large-scale drug traffickers within the organization are often "taxed" at a higher rate within the organization, and their membership in and payments to the larger Mongols organization are used as a means to protect them from the same types of penalties and "taxes" that would ordinarily be claimed by rival street gangs and Mexican Mafia (aka "La Eme") representatives in the areas controlled by those rival gangs.   Mongols members also are authorized to call on other Mongols and Mongols leadership to enforce the collection of proceeds owed from their narcotics customers.

    10.   The Mongols organization is typically in conflict with the Mexican Mafia and local street gangs, specifically over the control of narcotics-trafficking in and around Los Angeles, California.   Many Mongols members are former members of Los Angeles-based street gangs and maintain their connections to those gangs, particularly with regard to the distribution of narcotics and firearms.   Those members often claim immunity from the collection of "taxes" by Mexican Mafia representatives as a result of their Mongols membership.   This conflict creates tension between the Mongols and the established authority of the Mexican Mafia over drug trafficking.   Mongols leaders have periodically attempted to negotiate a resolution over their disputes with the Mexican Mafia over the control of drug trafficking in particular territories by paying Mexican Mafia

representatives in exchange for their recognition of the Mongols'
right to traffic narcotics in Southern California.

    11.  Mongols gang members also enforce the authority of the
Mongols by directing attacks against rival motorcycle gangs, such
as the "Hells Angels," the "Outlaws" and the "Sons of Silence,"
as well as members of the general public who might defy or
unwittingly come into contact with the Mongols in a way that
might be deemed "disrespectful" to the organization.  Persons in
conflict with, or who might be perceived to have shown disrespect
to, Mongols may be beaten severely or even killed by being kicked
repeatedly with steel-toed boots, stabbed or shot.  The
organization also directs attacks against law enforcement
officers and witnesses who would be willing to cooperate with law
enforcement for the prosecution of the crimes committed by
members of the Mongols, and the organization frequently pays for
the legal representation of members who commit crimes, such as
assaults and murders, on behalf of the Mongols.  The Mongols gang
ordinarily is vigilant to the presence or arrival of rival gang
members, and will frequently travel to areas claimed by rival
gangs in order to provoke a confrontation with them.  Mongols are
likely to identify such persons and threaten to beat or kill them
if they do not surrender indicia (such as red and white colored
t-shirts, patches, jackets or sports jerseys bearing the number
"81") identifying support for a rival gang.  The Mongols
organization is also racist and hostile to the presence of
African-Americans in bars or clubs where Mongols are present, or
African-Americans in the presence of females associated with the
Mongols or Mongols members.

12.   The Mongols frequently exhibit their membership or association with the gang by wearing gang vests, shirts, hats, jewelry, and tattoos displaying the identified images of the Mongols gang.  The most prominent image is that of a Mongol motorcycle rider, or a human head with a queue, facial hair and sunglasses.  Members also typically display a patch that identifies the regional "chapter" to which the member belongs, such as Cypress Park, Hollywood, Whittier and other regional areas.  Mongols "officers" also will frequently bear patches that indicate that they are officers in the enterprise.  Mongols also are encouraged and expected to engage in sex acts at Mongols functions or when pre-arranged "wing parties" are held.  They then are rewarded with different-colored wings patches.  The different colors of the patches identify specific sex acts performed by the member in front of the organization, such as green wings to represent sex with a woman who has a venereal disease and purple wings to represent sex with a woman who is dead.  Additionally, the "Mother Chapter" members will reward members who have distinguished themselves within the organization by presenting them with specific patches or authorizing them to bear a Mongols "full-patch" tattoo.  The Mongols "Mother Chapter" may award a specific Mongols member a "skull and crossbones" or "Respect Few Fear None" patch to those members who have committed murder or engaged acts of violence on behalf of the Mongols.

13.   Mongols frequently refer to one another as "brothers" and the organization as a "brotherhood."  Leaders of the Mongols gang recruit and initiate new members into the organization through a structured application, vetting and probationary

process that is directed through the "Mother Chapter" in West
Covina, California.  Potential members must be sponsored by
existing members and demonstrate their obedience and loyalty to
the Mongols organization.  They are then required to complete a
written application, which is reviewed and researched by private
investigators, and they may be subject to a polygraph examination
by the Mongols if they are suspected to be a member of law
enforcement or an informant to law enforcement.  The focus of the
investigation conducted before an individual may become a member
of the Mongols is to establish the potential member's willingness
to commit crimes on behalf of the organization and to preclude
the membership of individuals with any connection to law
enforcement or who might expose the crimes of the organization to
law enforcement.  Once he has passed the process, the potential
member may be accepted as a prospective member, or "Prospect."
He is given a vest and patches, which identify him as a Mongols
"Prospect."  The prospect is then assigned to perform duties for
the Mongols members, including providing armed security, storing
weapons and narcotics, and transporting Mongols leaders, for a
probationary period.  The membership applications and decisions
are maintained, reviewed and determined by the Mother Chapter in
West Covina, California.

14.  The Mongols maintain a ready supply of firearms,
including handguns, shotguns, automatic assault rifles, and
machine-guns, in order to enforce the authority of the gang.
Such weapons often are stolen or unregistered so that the use of
the weapons cannot be readily connected to the gang member who
either used the weapon or maintained it.  Weapons often are

13

discarded or destroyed after an incident.  Therefore, gang
leaders frequently need to maintain a source of supply for
additional unregistered or non-traceable firearms.  The Mongols
leadership also controls the activities of its members and
enforces its authority and internal discipline by killing,
attempting to kill, conspiring to kill, assaulting, and
threatening its own members or others who would present a threat
to the Organization or its leadership.  A member who is "out bad"
may be required to forfeit his property, especially his
motorcycle, and is subject to attack by active Mongols members.

15.  Females commonly are addressed derisively in the
organization.  Female associates typically are labeled as the
"property of" the Mongol member to whom they are connected, and
they are frequently expected to carry narcotics and firearms for
the member.

### PURPOSES OF THE ENTERPRISE

16.  The purposes of the Mongols criminal enterprise,
including its members and associates, include, but are not
limited to, the following:

a.  Enriching members of the Mongols gang through,
among other things, control of and participation in the
distribution of narcotics in the territory controlled by the
Mongols.

b.  Maintaining the control and authority of the
Mongols over the territory claimed by the Mongols.

c.  Preserving, protecting, and expanding the power of
the Mongols through the use of intimidation, violence, threats of
violence, assault, and murder.

14

d.   Promoting and enhancing the authority of the Mongols members and associates.

## THE MEANS AND METHODS OF THE ENTERPRISE

17.   The means and methods by which the defendants and their co-racketeers conduct and participate in the conduct of the affairs of the Mongols include:

a.   Members of the Mongols commit, attempt, and threaten to commit acts of violence, including murder, to protect and expand the enterprise's criminal operation, which includes assaults, murder, intimidation, robbery, drug-trafficking and threats of violence directed against rival gang members, law enforcement, and potential witnesses to the crimes of the enterprise.

b.   Members of the Mongols promote a climate of fear through intimidation, violence and threats of violence intended to promote the authority of the Mongols enterprise and insulate its members from liability for the drug-trafficking and violent crimes of the organization.

c.   Members of the Mongols use the enterprise to murder, attempt to murder, assault, and threaten those who pose a threat to the enterprise.

d.   Participants in the Mongols engage in the trafficking of controlled substances as a means to generate income for themselves and the organization.

COUNT ONE

[18 U.S.C. § 1962(d)]

1.    Paragraphs One through Seventeen of the General Allegations are re-alleged and incorporated by reference as though fully set forth herein.

2.    Beginning on a date unknown, and continuing to on or about October 9, 2008, in Los Angeles County, within the Central District of California and elsewhere, defendants CAVAZOS, R. CAVAZOS, JR., H. GONZALEZ, ROSELI, NIEVES, TINOCO, MUNZ, WILSON, W. RAMIREZ, RODRIGUEZ, MUNOZ, J. GARCIA, BUSS, SOTO, RIOS, A. CAVAZOS, JR., ARMENDAREZ, R. MARTINEZ, R. LOZANO, A. LOZANO, M. GARCIA, PONCE, FIGUEROA, GIL, GUTIERREZ, VIRAMONTES, CANALES, J. GONZALEZ, ZUNIGA, LEYVA, OWENS, MOREIN, L. PADILLA, TRUJILLO, MEDEL, AZANEDO, MALDONADO, MONTES, WEDIG, V. RODRIGUEZ, A. LOPEZ, BRADEN, CHAVEZ, MELGOZA, TELLEZ, ANGULO, CONTRERAS, ESPINOZA, RIVERA, REYNOLDS, I. PADILLA, HULL, TREVINO, CHEVILLE, VALLE, LEMAY, SHAWLEY, PRICE, CORDOVA, NAVA, R. GOMEZ, MCCAULEY, LOUIE, COTTINI, S. GONZALEZ, SOLIS, WILLIAM RAMIREZ, MELCER, LOZA, NEWMAN, MORENO, SAVALA, VASQUEZ, and D. PADILLA, and others known and unknown to the Grand Jury, being persons employed by and associated with the Mongols criminal enterprise, which enterprise engaged in and the activities of which affected interstate and foreign commerce, unlawfully and knowingly combined, conspired, confederated, and agreed together and with each other to violate Title 18, United States Code, Section 1962, that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity, as that term is defined in Title 18, United States

16

Code, Sections 1961(1) and 1961(5), consisting of multiple acts
involving murder, in violation of California Penal Code Sections
31, 182, 187, 189, 217.1, and 664; robbery, in violation of
California Penal Code Sections 211, 212.5(a), and 213;
distribution of controlled substances, including methamphetamine
and cocaine, in violation of Title 21, United States Code,
Sections 841(a)(1) and 846; and multiple acts indictable under
Title 18, United States Code, Sections 1956 and 1957 (money
laundering).  It was a further part of the conspiracy that each
defendant agreed that a conspirator would commit at least two
acts of racketeering in the conduct of the affairs of the
enterprise.

A.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE
     ACCOMPLISHED

     The objects of the conspiracy were to be accomplished in
substance as follows:

     1.   Defendants CAVAZOS, R. CAVAZOS, JR., H. GONZALEZ,
ROSELI, NIEVES, TINOCO, MUNZ, WILSON, RODRIGUEZ, BUSS, and RIOS
would conduct organizational meetings and direct members of the
Mongols criminal enterprise to conduct and engage in robberies,
assaults, murders, extortion, and drug trafficking, as well as
the collection and management of money, including proceeds
generated from unlawful activity by Mongols members, in order to
promote and further the activities of the Mongols gang.

     2.   Defendants NIEVES, W. RAMIREZ, J. GARCIA, SOTO,
CANALES, J. GONZALEZ, MEDEL, and WEDIG and others would direct
lower-ranking Mongols members and prospective Mongols members
about the activities of the gang and their responsibilities for

17

1  the organization and deliver money from Mongols members,

2  prospects and the regional chapters to the Mongols "Mother

3  Chapter" leadership.

4      3.    Defendants RODRIGUEZ, MUNOZ, J. GARCIA, BUSS, SOTO,

5  RIOS, A. CAVAZOS, JR., ARMENDAREZ, R. MARTINEZ, R. LOZANO, A.

6  LOZANO, M. GARCIA, PONCE, FIGUEROA, GIL, GUTIERREZ, VIRAMONTES,

7  J. GONZALEZ, ZUNIGA, TELLEZ, R. GOMEZ, LEYVA, OWENS, MOREIN, L.

8  PADILLA, TRUJILLO, MEDEL, AZANEDO, MALDONADO, MONTES, WEDIG, V.

9  RODRIGUEZ, CHAVEZ, MELGOZA, CONTRERAS, RIVERA, REYNOLDS, I.

10  PADILLA, HULL, TREVINO, CHEVILLE, VALLE, LEMAY, SHAWLEY, CORDOVA,

11  WILLIAM RAMIREZ, SAVALA, VASQUEZ, and D. PADILLA, and others

12  would obtain and distribute methamphetamine and cocaine to

13  Mongols members, associates and narcotics customers.

14      4.    Defendants CAVAZOS, R. CAVAZOS, JR., and H. GONZALEZ

15  and others would negotiate with Mexican Mafia representatives

16  concerning the collection of "tax" payments for the narcotics-

17  trafficking activities of Mongols members in areas otherwise

18  controlled by the Mexican Mafia.

19      5.    Defendants CAVAZOS, R. CAVAZOS, JR., H. GONZALEZ,

20  ROSELI, NIEVES, TINOCO, MUNZ, WILSON, W. RAMIREZ, RODRIGUEZ,

21  MUNOZ, J. GARCIA, BUSS, SOTO, RIOS, A. CAVAZOS, JR., ARMENDAREZ,

22  R. MARTINEZ, R. LOZANO, A. LOZANO, M. GARCIA, PONCE, FIGUEROA,

23  GIL, GUTIERREZ, VIRAMONTES, CANALES, J. GONZALEZ, ZUNIGA, TELLEZ,

24  R. GOMEZ, LEYVA, OWENS, MOREIN, L. PADILLA, TRUJILLO, MEDEL,

25  AZANEDO, MALDONADO, MONTES, WEDIG, V. RODRIGUEZ, A. LOPEZ,

26  BRADEN, CHAVEZ, MELGOZA, ANGULO, CONTRERAS, ESPINOZA, RIVERA,

27  REYNOLDS, I. PADILLA, HULL, TREVINO, CHEVILLE, LEMAY, SHAWLEY,

28  PRICE, MCCAULEY, LOUIE, COTTINI, S. GONZALEZ, SOLIS, WILLIAM

18

1  RAMIREZ, LOZA, NEWMAN, MORENO, and SAVALA, and others would

2  obtain firearms, knives, bullet-proof vests and explosives to be

3  used to enforce the authority of the Mongols against rival gang

4  members, the general public and law enforcement.

5      6.   Defendants CAVAZOS, R. CAVAZOS, JR., H. GONZALEZ,

6  ROSELI, NIEVES, MUNZ, and WILSON would direct Mongols members to

7  travel to different locations and commit acts of violence,

8  including murder, against rival gang members, law enforcement or

9  other persons who would challenge the authority of the Mongols

10  criminal enterprise.

11     7.   Defendants MUNZ, W. RAMIREZ, RODRIGUEZ, MUNOZ, J.

12  GARCIA, BUSS, SOTO, RIOS, ARMENDAREZ, R. MARTINEZ, R. LOZANO, A.

13  LOZANO, M. GARCIA, PONCE, FIGUEROA, GIL, GUTIERREZ, VIRAMONTES,

14  CANALES, J. GONZALEZ, ZUNIGA, TELLEZ, R. GOMEZ, LEYVA, OWENS,

15  MOREIN, L. PADILLA, TRUJILLO, MEDEL, AZANEDO, MALDONADO, MONTES,

16  WEDIG, A. LOPEZ, BRADEN, CHAVEZ, MELGOZA, ANGULO, CONTRERAS,

17  ESPINOZA, RIVERA, REYNOLDS, I. PADILLA, HULL, TREVINO, CHEVILLE,

18  LEMAY, SHAWLEY, PRICE, NAVA, MCCAULEY, LOUIE, COTTINI, S.

19  GONZALEZ, WILLIAM RAMIREZ, MELCER, LOZA, NEWMAN, MORENO, and

20  SAVALA, and others would commit acts of violence, including

21  murder, against rival gang members, law enforcement or other

22  persons who would challenge the authority of the Mongols

23  organization.

24     8.   Defendant CAVAZOS, R. CAVAZOS, JR., H. GONZALEZ, ROSELI,

25  and TINOCO, and others would conduct financial transactions to

26  conceal the proceeds derived from the crimes of the organization

27  and convert those proceeds to promote the crimes of the Mongols

28  and enrich themselves.

9.  Defendants CAVAZOS, R. CAVAZOS, JR., NIEVES, WILSON, J. GARCIA, and SOTO, and others would recruit new members to the Mongols organization and direct their initiation into the gang.

B.  OVERT ACTS

In furtherance of the conspiracy, and to accomplish the objects of the conspiracy, defendants CAVAZOS, R. CAVAZOS, JR., H. GONZALEZ, ROSELI, NIEVES, TINOCO, MUNZ, WILSON, W. RAMIREZ, RODRIGUEZ, MUNOZ, J. GARCIA, BUSS, SOTO, RIOS, A. CAVAZOS, JR., ARMENDAREZ, R. MARTINEZ, R. LOZANO, A. LOZANO, M. GARCIA, PONCE, FIGUEROA, GIL, GUTIERREZ, VIRAMONTES, CANALES, J. GONZALEZ, ZUNIGA, LEYVA, OWENS, MOREIN, L. PADILLA, TRUJILLO, MEDEL, AZANEDO, MALDONADO, MONTES, WEDIG, V. RODRIGUEZ, A. LOPEZ, BRADEN, CHAVEZ, MELGOZA, TELLEZ, ANGULO, CONTRERAS, ESPINOZA, RIVERA, REYNOLDS, I. PADILLA, HULL, TREVINO, CHEVILLE, VALLE, LEMAY, SHAWLEY, PRICE, CORDOVA, NAVA, R. GOMEZ, MCCAULEY, LOUIE, COTTINI, S. GONZALEZ, SOLIS, WILLIAM RAMIREZ, MELCER, LOZA, NEWMAN, MORENO, SAVALA, VASQUEZ, and D. PADILLA, and others known and unknown to the Grand Jury committed various overt acts, on or about the following times and dates, within the Central District of California and elsewhere, including but not limited to the following:

1.  On March 16, 2002, in Riverside County, California, defendants W. RAMIREZ, and ZUNIGA, and multiple other members of the Mongols gang attended an "ultimate fighting" match at the Morongo Casino in Cabazon, California, dressed in Mongols "colors," and provoked a riot, during which W. RAMIREZ and other Mongols attacked J.D., P.S., W.C., J.G., A.L., M.L., and numerous other victims with knives, struck victims with chairs, and kicked

1  them with steel-toed boots.

2      2.  On April 27, 2002, defendants W. RAMIREZ and LEYVA and
3  other Mongols gang members engaged in an armed confrontation with
4  "Hells Angels" gang members at the Harrah's Casino in Laughlin,
5  Nevada, during which Hells Angels gang members R.T. and J.B. and
6  Mongols gang member S.B. were killed.

7      3.  On August 14, 2003, defendant BUSS attacked a rival gang
8  member in San Diego, California.

9      4.  On August 5, 2005, defendant VIRAMONTES arranged to sell
10 cocaine and methamphetamine to a confidential government
11 informant in Ventura, California.

12     5.  On August 12, 2005, defendant VIRAMONTES sold
13 approximately 28.1 grams of cocaine to an undercover law
14 enforcement officer and discussed arrangements to sell
15 methamphetamine and firearms to the undercover officer as well.

16     6.  On October 9, 2005, multiple Mongols members, riding in
17 a pack of motorcycles and wearing Mongols riding vests, attacked
18 motorists on the highway near Palm Springs, California, by using
19 their motorcycles to "trap" the vehicles between them while a
20 Mongol attempted to stab the motorists with a knife.

21     7.  On October 15, 2005, in Los Angeles, California,
22 defendant J. GONZALEZ arranged to sell multiple firearms,
23 including a Thompson sub-machine gun, to an undercover law
24 enforcement officer.

25     8.  On October 21, 2005, by telephone using coded language,
26 defendant VIRAMONTES arranged to sell approximately 28 grams of
27 cocaine and 14 grams of methamphetamine to an undercover law
28 enforcement officer.

1    9.   On November 2, 2005, defendant A. LOPEZ possessed a
2 short-barrel, 12-gauge shotgun, ammunition, methamphetamine and
3 Mongols paraphernalia at a residence in Montebello, California.

4    10.   On November 3, 2005, in Los Angeles, California,
5 defendant VIRAMONTES sold approximately 18 grams of actual
6 methamphetamine to an undercover law enforcement officer, who was
7 then posing as a potential Mongols member.

8    11.   On November 10, 2005, in Los Angeles, California,
9 defendant VIRAMONTES sold stolen stereo equipment to a
10 confidential government informant and two undercover law
11 enforcement officers, who were then posing as potential Mongols
12 members.

13    12.   On November 17, 2005, defendant MORENO possessed a .22
14 caliber rifle, a 12-gauge shotgun, an M-1 carbine .30 caliber
15 rifle, a .45 caliber handgun, a .38 caliber revolver, ammunition,
16 and numerous articles of clothing that identified his membership
17 in the Mongols gang, at a residence in Montebello, California.

18    13.   On December 2, 2005, in Los Angeles, California,
19 defendant J. GONZALEZ sold a .32 caliber handgun to a
20 confidential government informant.

21    14.   On December 4, 2005, defendants RODRIGUEZ, ARMENDAREZ,
22 R. LOZANO, A. LOZANO, GUTIERREZ, and ANGULO, and other
23 unidentified Mongols members attacked rival gang members and an
24 off-duty fire department officer as they attempted to collect
25 donations at a "Toys for Tots" event in Norco, California.

26    15.   On December 11, 2005, defendant CAVAZOS addressed
27 Mongols members at a "national run" conducted in Mexico and
28 congratulated members who had participated in the shooting of

rival "Hells Angels" gang members at the "Toys for Tots" event in Norco, California on December 5, 2005, and CAVAZOS also discussed plans to reward those members for taking violent action on behalf of the Mongols.

16.   On January 19, 2006, defendant J. GONZALEZ sold approximately eight grams of actual methamphetamine to a confidential government informant and two undercover law enforcement officers who were posing as potential Mongols members.

17.   On January 19, 2006, defendants S. GONZALEZ and BRADEN identified themselves as Mongols members and threatened to shoot and stab other patrons of the "Firehouse" bar in Whittier, California.

18.   On February 8, 2006, in Los Angeles, California, defendant TELLEZ sold approximately 13.2 grams of actual methamphetamine to a confidential government informant.

19.   On February 9, 2006, defendants J. GONZALEZ and R. GOMEZ sold approximately 14 grams of methamphetamine to a confidential government informant, and R. GOMEZ possessed a 9 mm handgun and a shotgun during the transaction.

20.   On February 10, 2006, in Victorville, California, defendant D. PADILLA sold approximately 4.2 grams of actual methamphetamine to a confidential government informant.

21.   On February 10, 2006, defendants RODRIGUEZ, J. GARCIA, and SOTO, and other unindicted Mongols members beat a patron at the Key Club in Hollywood, California.

22.   On February 10, 2006, in Las Vegas, Nevada, defendant TREVINO sold four AK-47 assault rifles and 80 rounds of

1   ammunition to a confidential government informant.

2       23.  On February 18, 2006, in Los Angeles, California,

3   defendant R. GOMEZ sold approximately 28 grams of methamphetamine

4   to a confidential government informant and an undercover law

5   enforcement officer who was posing as a potential Mongols member.

6       24.  On February 19, 2006, in Los Angeles, California,

7   defendant MOREIN offered to sell methamphetamine to a

8   confidential government informant.

9       25.  On February 23, 2006, in Victorville, California,

10  defendant D. PADILLA sold approximately 6.5 grams of actual

11  methamphetamine to a confidential government informant.

12      26.  On March 1, 2006, in Los Angeles, California, defendant

13  TELLEZ sold approximately 15.1 grams of actual methamphetamine to

14  a confidential government informant.

15      27.  On March 2, 2006, in San Bernardino, California,

16  defendant D. PADILLA sold approximately 12.6 grams of actual

17  methamphetamine to a confidential government informant.

18      28.  On March 3, 2006, in San Bernardino, California,

19  defendant D. PADILLA sold approximately 15.4 grams of actual

20  methamphetamine to a confidential government informant.

21      29.  On March 11, 2006, at a Mongols "All Members" meeting

22  in Los Angeles County, California, defendant CAVAZOS advised

23  approximately 200 members that Mongols should be alert to the

24  possibility of wiretap monitoring by federal law enforcement

25  agents and should be careful not to discuss incriminating matters

26  on the telephone, and CAVAZOS also discussed criminal

27  investigations conducted by the Bureau of Alcohol, Tobacco and

28  Firearms, as well as the risk to the Mongols of prosecution for

24

1 | its racketeering crimes.

2 |      30.   On March 13, 2006, defendant J. GONZALEZ arranged to
3 | sell methamphetamine to an undercover law enforcement officer who
4 | was posing as a potential Mongols member.

5 |      31.   On March 22, 2006, defendant TELLEZ sold approximately
6 | 29.5 grams of actual methamphetamine to an undercover law
7 | enforcement officer.

8 |      32.   On March 23, 2006, defendant ZUNIGA distributed cocaine
9 | to a confidential government informant.

10 |      33.   On March 29, 2006, defendant J. GONZALEZ sold
11 | approximately 5.4 grams of actual methamphetamine to an
12 | undercover law enforcement officer posing as a potential Mongols
13 | member.

14 |      34.   On April 1, 2006, defendant CAVAZOS addressed a Mongols
15 | "All Members" Meeting in Baja, Mexico, and advised members that
16 | the Mongols would "exterminate" the "rats" who had provided
17 | incriminating information about CAVAZOS to law enforcement.

18 |      35.   On April 9, 2006, defendants CAVAZOS, R. CAVAZOS, JR.,
19 | H. GONZALEZ, MUNZ, and CANALES led a Mongols meeting in which
20 | they discussed a confrontation with rival "Hells Angels" gang
21 | members.

22 |      36.   On April 17, 2006, defendant OWENS discussed
23 | arrangements to provide firearms to an undercover law enforcement
24 | officer who was posing as a potential Mongols members, and OWENS
25 | stated that the weapons could be obtained from defendants
26 | RODRIGUEZ and SHAWLEY.

27 |      37.   On April 22, 2006, in Los Angeles, California,
28 | defendant CHEVILLE arranged to purchase one kilogram of cocaine

25

1  with a confidential government informant.

2       38.  On April 26, 2006, defendant MUNZ led a "Church

3  Meeting" of the Mongols San Diego chapter to address the rules of

4  the organization.

5       39.  On April 28, 2006, defendant OWENS discussed the

6  distribution of methamphetamine with a confidential government

7  informant, and OWENS advised the informant that he regularly

8  obtained methamphetamine from a Mexican Mafia source.

9       40.  On April 29, 2006, defendants MUNZ, SHAWLEY, BUSS,

10  CHEVILLE, and MCCAULEY carried firearms and attended a Mongols

11  party in Temecula, California.

12       41.  On May 5, 2006, in Los Angeles county, California,

13  defendant OWENS sold approximately 23 grams of actual

14  methamphetamine to an undercover law enforcement officer.

15       42.  On May 5, 2006, defendants MUNZ, BUSS, SHAWLEY, and

16  CHEVILLE attacked a rival "Hells Angels" gang member in a casino

17  in Las Vegas, Nevada.

18       43.  On May 5, 2006, defendant SHAWLEY told an undercover

19  law enforcement officer that MUNZ had killed three rival "Hells

20  Angels" gang members.

21       44.  On May 10, 2006, defendant TELLEZ sold approximately

22  10.9 grams of actual methamphetamine to an undercover law

23  enforcement officer.

24       45.  On May 14, 2006, defendant MUNZ recruited Mongols

25  members to retaliate against rival "Hells Angels" gang members

26  following an attack on a Mongols member and that member's

27  girlfriend.

28       46.  On May 16, 2006, defendant R. GOMEZ possessed three

shotguns, a Tech-9 handgun, and a .45 caliber handgun at the residence R. GOMEZ shared with defendant J. GARCIA, and R. GOMEZ offered to sell highly pure methamphetamine to a confidential government informant.

47.  On May 18, 2006, in Los Angeles, California, defendant R. GOMEZ sold approximately 11.8 grams of actual methamphetamine to three undercover law enforcement officers and a confidential government informant, and R. GOMEZ showed the undercover officers the firearms and surveillance equipment that he maintained in connection with his drug-trafficking activities.

48.  On May 24, 2006, defendants RODRIGUEZ and GIL sold approximately 11 grams of actual methamphetamine to two undercover law enforcement officers and a confidential government informant.

49.  On May 24, 2006, defendant R. GOMEZ sold approximately 11 grams of actual methamphetamine to an undercover law enforcement officer and displayed a short-barreled shotgun, which he claimed to "love" because it could "rip someone up."

50.  On May 31, 2006, defendant GIL sold approximately 9.6 grams of actual methamphetamine to an undercover law enforcement officer and a confidential government informant.

51.  On June 3, 2006, defendant VIRAMONTES possessed a 9 mm handgun, which he had hidden behind the glove box in his car, in Las Vegas, Nevada.

52.  On June 3, 2006, defendant CAVAZOS led a meeting for the Mongols Nevada members and advised them that proceeds collected from Mongols members were being used to pay for the lawyers of the Mongols charged in connection with the 2002

Laughlin, Nevada shootings, and members accused CAVAZOS of using Mongols funds to "pay-off" the Mexican Mafia for the narcotics-trafficking conducted by the Mongols and also accused CAVAZOS of stealing money from the Mongols gang.

53. On June 3, 2006, defendants VIRAMONTES and LEMAY sold methamphetamine to two undercover law enforcement officers.

54. On June 8, 2006, defendant GIL sold approximately 26.1 grams of actual methamphetamine to two undercover law enforcement officers.

55. On June 12, 2006, by telephone using coded language, defendant GIL offered to sell methamphetamine to an undercover law enforcement officer.

56. On June 21, 2006, defendant RODRIGUEZ and an unindicted co-conspirator arranged to sell methamphetamine and machine-guns to a confidential government informant.

57. On June 22, 2006, defendant RODRIGUEZ delivered approximately 23.4 grams of actual methamphetamine to a confidential government informant.

58. On June 25, 2006, defendants GIL and MARTINEZ attended a Mongols "run" in Pasadena, California, with three undercover law enforcement officers who were posing as potential Mongols members, and GIL and MARTINEZ advised the undercover officers that membership in the Mongols would require them to engage in violent confrontations with rival gang members in order to enforce the authority of the Mongols.

59. On July 1, 2006, defendant MARTINEZ possessed cocaine.

60. On July 16, 2006, defendant SOTO discussed the distribution of cocaine with an undercover law enforcement

1  officer.

2      61.  On July 18, 2006, defendant RODRIGUEZ sold

3  approximately 23.8 grams of actual methamphetamine to an

4  undercover law enforcement officer.

5      62.  On July 19, 2006, defendant GIL arranged to sell

6  methamphetamine to an undercover law enforcement officer.

7      63.  On July 19, 2006, defendant SOTO sold approximately

8  seven grams of methamphetamine to a confidential government

9  informant.

10     64.  On July 20, 2006, in Los Angeles, California, defendant

11 ESPINOZA and an unidentified Mongols member beat and repeatedly

12 stabbed S.A. when they observed S.A. in the company of an

13 African-American male.

14     65.  On July 21, 2006, defendants RODRIGUEZ and GIL sold

15 approximately 15.4 grams of actual methamphetamine to an

16 undercover law enforcement officer.

17     66.  On July 22, 2006, defendant SOTO sold approximately

18 seven grams of methamphetamine to a confidential government

19 informant.

20     67.  On July 22, 2006, defendant VIRAMONTES sold a gas

21 grenade to an undercover law enforcement officer and advised the

22 officer about the availability of other weapons, including hand

23 grenades and rocket launchers, that he and other Mongols had

24 planned to use in order to "blow up" a court house where a

25 Mongols member was on trial.

26     68.  On July 25, 2006, defendant SOTO sold approximately

27 13.5 grams of actual methamphetamine to two undercover law

28 enforcement officers.

69. On July 27, 2006, defendant CAVAZOS led a Mongols "Sergeant-at-Arms" meeting in Los Angeles County and directed members that they should carry sufficient weapons and travel with a sufficient number of members, so they would not need to call for "back-up" assistance during violent confrontations with rival gangs.

70. On July 28, 2006, defendant SOTO possessed a .45 caliber handgun and sold narcotics in the parking lot of a tattoo shop in Hollywood, California.

71. On August 5, 2006, defendant R. GOMEZ arranged to sell methamphetamine to an undercover law enforcement officer in Los Angeles County.

72. On August 5, 2006, defendant LEMAY sold narcotics at the "Studio Café" in Los Angeles, California.

73. On August 8, 2006, defendant GIL arranged to distribute narcotics to two undercover law enforcement officers.

74. On August 11, 2006, defendant SOTO possessed a .45 caliber handgun, and defendant SHAWLEY possessed a .40 caliber handgun, while ingesting cocaine at the "Scrap Iron Kustom" motorcycle shop in Van Nuys, California.

75. On August 12, 2006, in Arleta, California, defendants SHAWLEY and SOTO sold cocaine to a customer who identified himself as a football coach for a Catholic high school in the San Fernando Valley.

76. On August 13, 2006, defendants SHAWLEY and SOTO armed themselves with unregistered firearms and transported narcotics to a Mongols function in San Diego, California, and SHAWLEY advised an undercover officer that the Mongols would employ a

30

"shoot-on-sight" policy for rival gang members.

77.   On August 13, 2006, in San Diego, California, defendant CHEVILLE advised an undercover law enforcement officer who was posing as a potential Mongols member that he must be willing to kill and die for the Mongols if he wanted to join the organization.

78.   On August 16, 2006, in South Pasadena, California, defendant GIL sold approximately 16.1 grams of actual methamphetamine to an undercover law enforcement officer, while driving a tow truck for a private towing company.

79.   On August 16, 2006, defendant MUNZ led a Mongols "Church Meeting" in San Diego, California.

80.   On August 17, 2006, defendants SHAWLEY, SOTO and A. LOPEZ conducted a meeting of the Mongols Hollywood chapter in which they discussed the need to arm members and provide "back-up" support for confrontations in Hollywood, California, and surrounding areas.

81.   On August 17, 2006, defendants ARMENDAREZ and R. LOZANO sold approximately 57.2 grams of actual methamphetamine to an undercover law enforcement officer and a confidential government informant.

82.   On August 17, 2006, defendant VIRAMONTES discussed efforts to obtain narcotics and firearms with an undercover law enforcement officer and a confidential government informant, and VIRAMONTES also discussed plans to rob his step-mother, whom he believed to possess $10,000.

83.   On August 18, 2006, defendants BUSS, SHAWLEY, and CHEVILLE, and an unindicted co-conspirator delivered an

31

automatic, SKS assault rifle, bearing a 60-round magazine and a 12-gauge shotgun to an unindicted co-conspirator at a Mongols event in Temecula, California.

84.   On August 18, 2006, in Los Angeles County, defendant SHAWLEY advised an undercover law enforcement officer that he and defendants GIL and PRICE had captured an individual and tortured him for three hours, by breaking the man's knuckles with a pair of pliers, breaking his knee by hitting it with a metal pipe, and then kicking the victim as he attempted to escape.

85.   On August 20, 2006, defendants BUSS, SHAWLEY, and SOTO possessed two machine guns in anticipation of an attack on rival gang members in Riverside County.

86.   On August 24, 2006, defendants RODRIGUEZ and AZANEDO sold approximately 18.3 grams of actual methamphetamine to an undercover law enforcement officer and a confidential government informant.

87.   On August 27, 2006, defendant W. RAMIREZ attacked an unidentified victim in the parking lot of the "Van Guard" night club in Hollywood, California.

88.   On August 31, 2006, an unindicted Mongols member told an undercover law enforcement officer that Mongols members had severely beaten three patrons of the "Cheetahs" bar in Los Angeles, California.

89.   On August 31, 2006, defendant SOTO possessed approximately 12.5 grams of methamphetamine and 5.6 grams of cocaine at the Tokio Lounge, in Hollywood, California.

90.   On September 2, 2006, defendant SOTO possessed a firearm and sold narcotics outside the Tokio Lounge in Hollywood,

1  California.

2      91.  On September 7, 2006, defendant J. GARCIA told a

3  confidential government informant that defendants and Mongols

4  "Mother Chapter" leaders CAVAZOS, R. CAVAZOS, JR., and RODRIGUEZ

5  and others were concerned about the loss of a negotiated "truce"

6  with the Mexican Mafia over the collection of "taxes" for drug-

7  trafficking conducted by Mongols members.

8      92.  On September 8, 2006, defendant R. MARTINEZ drove a

9  confidential informant to the residence of defendant RODRIGUEZ in

10  order to purchase methamphetamine, and RODRIGUEZ possessed two

11  firearms in connection with the transaction.

12     93.  On September 18, 2006, defendant VIRAMONTES sold

13  approximately 85.1 grams of actual methamphetamine to an

14  undercover law enforcement officer.

15     94.  On September 20, 2006, defendant RODRIGUEZ sold

16  approximately 37.6 grams of actual methamphetamine to an

17  undercover law enforcement officer and a confidential government

18  informant.

19     95.  On September 23, 2006, defendant R. GOMEZ arranged to

20  sell approximately 113 grams of methamphetamine to an undercover

21  law enforcement officer.

22     96.  On September 30, 2006, defendant R. MARTINEZ told

23  undercover law enforcement officers that the Mongols "Mother

24  Chapter" required R. MARTINEZ and other Mongols to contribute an

25  additional $2,500 of the proceeds they generated from the

26  distribution of narcotics and that the funds would be used to pay

27  the legal fees for Mongols members charged in the 2002

28  confrontation between Mongols and Hells Angels members in

33

Laughlin, Nevada.

97.   On September 30, 2006, defendants RODRIGUEZ and GIL arranged to sell narcotics to two undercover law enforcement officers who were posing as potential Mongols members, and RODRIGUEZ offered to distribute narcotics to the officers at a lower price that he reserved for Mongols members.

98.   On September 30, 2006, defendant SOTO maintained narcotics for distribution to Mongols members at the Tokio Lounge in Hollywood, California.

99.   On October 1, 2006, in Hollywood, California, defendant SHAWLEY advised an undercover law enforcement officer, who was posing as a potential Mongols gang member, that patrons of the Tokio Lounge would be assaulted or killed if they "disrespected" Mongols members, and SHAWLEY subsequently attacked a patron in the parking lot of the club.

100.   On October 1, 2006, defendant CONTRERAS possessed a dagger outside a residence in Montebello, California.

101.   On October 5, 2006, defendant CAVAZOS led a Mongols "Sergeant-At-Arms" Meeting in El Monte, California, and directed Mongols about the plans for a Mongols "National Run" in Palm Springs, California.

102.   On October 6, 2006, defendants SOTO and ZUNIGA maintained methamphetamine for distribution to Mongols members at the Mongols "National Run" in Palm Springs, California.

103.   On October 13, 2006, defendant SOTO possessed a .45 caliber semi-automatic handgun and distributed narcotics at the Tokio Lounge in Hollywood, California.

104.   On October 24, 2006, defendant R. LOZANO discussed

34

1   prior sale of methamphetamine to an undercover law enforcement
2   officer and confidential government informant, and R. LOZANO
3   offered to sell an additional one-half pound of methamphetamine
4   to the undercover officer.

5       105.  On October 27, 2006, defendants RODRIGUEZ and GIL
6   arranged to sell methamphetamine to an undercover law enforcement
7   officer.

8       106.  On October 29, 2006, defendants NIEVES and SOTO
9   possessed firearms in Hollywood, California.

10      107.  On October 30, 2006, defendant RIOS possessed a
11  firearm in Alhambra, California.

12      108.  On November 3, 2006, defendant J. GARCIA addressed
13  Mongols members at a "Church Meeting" in Los Angeles, California,
14  and advised the members that defendant CAVAZOS had warned members
15  that their telephone conversations were being monitored by law
16  enforcement and also advised that Mongols members are obligated
17  to join with other Mongols during violent confrontations.

18      109.  On November 6, 2006, in San Bernardino, California,
19  defendant R. LOZANO sold approximately 113.7 grams of actual
20  methamphetamine to an undercover law enforcement officer and
21  advised the officer that the methamphetamine was the same quality
22  as the methamphetamine that had previously been sold by
23  defendants ARMENDAREZ and R. LOZANO.

24      110.  On November 6, 2006, in Los Angeles County, defendant
25  SOTO arranged to provide methamphetamine to a confidential
26  government informant and advised the informant that SOTO obtained
27  the methamphetamine from the same source of supply as defendant
28  RODRIGUEZ.

111.   On November 11, 2006, in Los Angeles, California, defendant PRICE told an undercover law enforcement officer that he had used a stick as a weapon against a "Hells Angels" gang member.

112.   On November 12, 2006, in Los Angeles, California, defendant S. GONZALEZ forced a suspected "Hells Angels" gang member to remove his shirt and surrender it to S. GONZALEZ under threat of violence.

113.   On November 13, 2006, defendants CAVAZOS, R. CAVAZOS, JR., A. CAVAZOS, JR., RODRIGUEZ, RIOS, and FIGUEROA, and other Mongols met at the "Ink Slingers" tattoo shop in Alhambra, California, and CAVAZOS advised Mongols members that law enforcement officers were in the area and that they should hide their weapons or other contraband in order to prevent them from being discovered by law enforcement.

114.   On November 17, 2006, in Hollywood, California, defendants R. MARTINEZ and SOTO arranged to sell methamphetamine to defendant PRICE.

115.   On November 17, 2006, in Hollywood, California, an unindicted Mongols member advised an undercover officer that he had beaten a rival gang member and kept that rival's severed tooth taped to a microwave oven in his kitchen.

116.   On November 18, 2006, in Los Angeles, California, defendant J. GARCIA advised undercover officers who were posing as potential Mongols members that they would be subject to a polygraph examination as a condition to their membership in the Mongols gang, based on the need to protect the gang from infiltration by law enforcement.

117.   On November 24, 2006, in Hollywood, California, defendants SOTO and GIL displayed quantities of narcotics for sale, and GIL arranged to sell narcotics to undercover law enforcement officers.

117.   On November 26, 2006, in Los Angeles County, defendants RODRIGUEZ and GIL sold approximately 56.7 grams of actual methamphetamine to an undercover law enforcement officer.

118.   On November 28, 2006, in Riverside County, defendants R. LOZANO and A. LOZANO arranged to sell stolen motorcycles to an undercover law enforcement officer.

119.   On December 1, 2006, in Montebello, California, defendant CONTRERAS possessed approximately 4.4 grams of methamphetamine, one-half pound of "cutting" agent, packaging material, a scale, United States currency and his Mongols riding vest.

120.   On December 1, 2006, in Las Vegas, Nevada, defendant CORDOVA sold approximately 246 grams of cocaine to a law enforcement officer and a confidential government informant.

121.   On December 2, 2006, in Riverside, California, defendant J. GARCIA told undercover law enforcement officers that J. GARCIA would be responsible for their membership in the Mongols and ensuring that they were not undercover law enforcement officers.

122.   On December 2, 2006, defendant RODRIGUEZ arranged to sell one pound of methamphetamine to an undercover law enforcement officer at a Mongols party in San Bernardino, California.

123.   On December 4, 2006, at a Mongols "Mother Chapter"

meeting in West Covina, California, defendant CAVAZOS advised members that he had identified 20 to 25 "front-line warriors" for the Mongols who would be responsible for addressing the most significant violent confrontations for the organization, and CAVAZOS directed members to leave their weapons at his residence in order to prevent them from being identified and seized by law enforcement after the meeting.

124.   On December 9, 2006, in Los Angeles, California, defendant RIOS told an undercover law enforcement officer that RIOS had chosen to join the Hollywood chapter of the Mongols in order to help the Mongols take control of Hollywood as Mongols territory.

125.   On December 9, 2006, in Los Angeles, California, defendant BRADEN attempted to purchase cocaine from an undercover law enforcement officer.

126.   On December 9, 2006, an unidentified Mongols member offered to provide semi-automatic pistols and an AK-47 assault rifle to the Mongols Chino chapter in furtherance of the criminal enterprise.

127.   On December 10, 2006, defendants BUSS, RIOS, WEDIG, and BRADEN attacked and beat an African-American patron at the Tokio Lounge in Hollywood, California, while shouting racist slurs at the victim.

128.   On December 15, 2006, in Los Angeles, California, defendant J. GARCIA advised three undercover law enforcement officers who were posing as potential Mongols members that Mongols rules required them to obtain permission from J. GARCIA as their chapter president before they trafficked in narcotics

1  with Mongols members, and J. GARCIA advised that he would inform
2  CAVAZOS about their narcotics transactions.

3       129.   On December 17, 2006, in Maywood, California,
4  defendant OWENS discussed his narcotics sales and criminal
5  history with a confidential government informant.

6       130.   On January 9, 2007, defendants BUSS and WEDIG, and
7  other unindicted co-conspirators attacked a rival "Hells Angels"
8  gang member at a "Chuck E. Cheese" restaurant in San Diego,
9  California, and forced him to surrender his gang clothing.

10      131.   On January 13, 2007, in Los Angeles, California,
11 defendant J. GARCIA met with undercover law enforcement officers
12 and advised them to prepare information to present to members of
13 the Mongols "Mother Chapter" in considering them for membership.

14      132.   On February 3, 2007, defendant J. GARCIA met with
15 undercover law enforcement officers posing as members of an
16 organized criminal enterprise in Chicago, Illinois, and told them
17 that the Mongols organization is a criminal gang whose members
18 pay "dues" every month to finance the operation of the
19 organization, including hiring lawyers to represent members
20 charged with the crimes of the organization.

21      133.   On February 9, 2007, defendant R. LOZANO sold
22 approximately 4.9 grams of actual methamphetamine to an
23 undercover law enforcement officer in San Bernardino, California.

24      134.   On February 10, 2007, in Las Vegas, Nevada, defendant
25 CORDOVA sold approximately 493.5 grams of cocaine to an
26 undercover law enforcement officer and showed the officer the
27 "brass knuckles" that he and an unindicted co-conspirator used to
28 beat a victim at a bar in Denver, Colorado.

135.   On February 14, 2007, defendants MONTES and MELCER beat L.H. to death at "Young's Tavern" in Lancaster, California.

136.   On March 23, 2007, in San Bernardino, California, defendant R. LOZANO sold approximately 14.1 grams of actual methamphetamine to an undercover law enforcement officer.

137.   On March 23, 2007, in San Bernardino, California, defendant ARMENDAREZ sold approximately 55.5 grams of actual methamphetamine to an undercover law enforcement officer and a confidential government informant.

138.   On April 7, 2007, defendant PONCE sold approximately 78 grams of actual methamphetamine to a confidential government informant.

139.   On April 7, 2007, defendant MUNZ and other unidentified Mongols attacked an elderly male in Lancaster, California.

140.   On April 8, 2007, defendant MALDONADO shot M.G. and Z.S. at the "Nicola's" bar in Los Angeles, California.

141.   On April 8, 2007, defendants MUNZ, SHAWLEY, and ROSELI, and other unidentified Mongols members drove defendant MALDONADO to San Diego, California, in order to prevent MALDONADO from being identified and apprehended by law enforcement after MALDONADO shot two victims at the "Nicola's" bar in Los Angeles.

142.   On April 10, 2007, defendant CAVAZOS led a Mongols "Presidents" and "Sergeant-at-Arms" Meeting in Los Angeles, California, and directed Mongols members to prepare for retaliation from rival Maravilla gang members in response to the April 8, 2007 shooting at the "Nicola's" bar and also addressed similar confrontations between the Mongols and the Mexican Mafia,

40

1  also known as "La Eme."

2    143.  On May 22, 2007, in Carlsbad, California, defendant

3  VIRAMONTES possessed a handgun with an obliterated serial number.

4    144.  On May 23, 2007, in Los Angeles, California, defendant

5  M. GARCIA sold approximately 57.5 grams of actual methamphetamine

6  to a confidential government informant.

7    145.  On May 25, 2007, by telephone using coded language,

8  defendant CHAVEZ arranged to purchase narcotics from defendant

9  RODRIGUEZ and discussed the purchase of firearms from RODRIGUEZ.

10   146.  On May 25, 2007, by telephone using coded language,

11  defendant MOREIN arranged to purchase narcotics from defendant

12  RODRIGUEZ, and RODRIGUEZ stated that he would leave the narcotics

13  on the front porch of his residence for MOREIN to retrieve.

14   147.  On May 25, 2007, by telephone using coded language,

15  defendant RODRIGUEZ told defendant MEDEL that defendant R.

16  CAVAZOS, JR., should direct a Mongols "prospect" to collect drug

17  proceeds from RODRIGUEZ for R. CAVAZOS, JR.

18   148.  On June 2, 2007, by telephone using coded language,

19  defendant MOREIN and defendant RODRIGUEZ discussed the fact that

20  they needed to carry firearms to protect their drug-trafficking

21  activities.

22   149.  On June 4, 2007, by telephone using coded language,

23  defendants RODRIGUEZ and SOLIS discussed the fact that RODRIGUEZ

24  was paying for construction work on a bar with narcotics.

25   150.  On June 7, 2007, by telephone using coded language,

26  defendant CHAVEZ arranged to purchase methamphetamine and

27  ammunition from defendant RODRIGUEZ.

28   151.  On June 7, 2007, defendant MOREIN distributed

41

narcotics and managed prostitutes operating from the Best Western motel in Pasadena, California.

152. On June 9, 2007, in Los Angeles, California, defendant TINOCO collected membership applications from three undercover law enforcement officers posing as potential Mongols members and stated that he would deliver the applications to defendant R. CAVAZOS, JR., after which they would be reviewed by a private investigator for the Mongols gang.

153. On June 9, 2007, by telephone using coded language, defendant RODRIGUEZ told defendant SOLIS that defendant MOREIN owed RODRIGUEZ $4900 for narcotics and that RODRIGUEZ would kill MOREIN if MOREIN did not pay this money.

154. On June 10, 2007, by telephone using coded language, an unindicted co-conspirator told defendant RODRIGUEZ that he had encountered trouble at the Luminares restaurant in Los Angeles, California, and RODRIGUEZ told the unindicted co-conspirator that he was on his way and was prepared to start shooting when he arrived.

155. On July 11, 2007, by telephone using coded language, defendant M. GARCIA arranged to obtain methamphetamine from defendant RODRIGUEZ for $4000.

156. On June 12, 2007, in Los Angeles, California, defendant J. GARCIA led a meeting of the Mongols Cypress Park chapter, read the Mongols "constitution," and explained the "rules" of Mongols membership to the three undercover law enforcement officers posing as potential members of the Mongols gang.

157. On June 13, 2007, by telephone using coded language,

42

defendant RODRIGUEZ spoke to a construction worker and threatened to shoot him in his head.

158.  On June 13, 2007, by telephone using coded language, defendant RODRIGUEZ told defendant W. RAMIREZ that RODRIGUEZ had five kilograms of cocaine available at a price of $13,700 per kilogram.

159.  On June 16, 2007, by telephone using coded language, defendant CHAVEZ arranged to purchase approximately 113 grams of methamphetamine from defendant RODRIGUEZ for $2800.

160.  On June 16, 2007, in Los Angeles, California, defendants CAVAZOS, MUNZ and J. GARCIA addressed Mongols at an "all members" meeting, and CAVAZOS stated that the "Hells Angels" president had called CAVAZOS and begged him to prevent a confrontation between the Mongols and the Hells Angels gangs.

161.  On June 20, 2007, by telephone using coded language, defendant RODRIGUEZ directed defendant MOREIN to deliver $3000 in drug proceeds to defendant TRUJILLO.

162.  On June 21, 2007, by telephone using coded language, defendant W. RAMIREZ offered to sell kilograms of cocaine to RODRIGUEZ for $12,500 per kilogram.

163.  On June 23, 2007, in San Diego County, California, defendant MUNZ directed an unidentified co-conspirator to administer a polygraph examination to three undercover law enforcement officers as a condition to their membership in the Mongols gang.

164.  On June 24, 2007, by telephone using coded language, defendant MOREIN told defendant RODRIGUEZ that an "Avenues" gang member had threatened to collect "taxes" from MOREIN because

43

1  MOREIN was selling methamphetamine in territory controlled by the

2  Avenues gang.

3      165.  On June 24, 2007, by telephone using coded language,

4  defendant RODRIGUEZ told an unindicted co-conspirator that

5  RODRIGUEZ needed to kill a rival Avenues gang member because the

6  Avenues gang member had attempted to "tax" him for selling

7  methamphetamine.

8      166.  On June 24, 2007, in Los Angeles, California,

9  defendant J. GARCIA told undercover law enforcement officers that

10  "La Eme" representatives had attempted to collect "taxes" from

11  the Mongols because they were engaged in narcotics trafficking

12  and that J. GARCIA had not wanted to pay, but that he had to

13  support his "brother" Mongols.

14      167.  On June 26, 2007, by telephone using coded language,

15  defendant RODRIGUEZ told an unindicted co-conspirator that he had

16  four handguns for sale.

17      168.  On June 29, 2007, by telephone using coded language,

18  defendant MOREIN told defendants RODRIGUEZ and GIL that he had

19  been threatened during a drug transaction, and GIL stated that he

20  would determine if the persons who threatened MOREIN were part of

21  the Mexican Mafia.

22      169.  On June 30, 2007, by telephone using coded language,

23  defendant RODRIGUEZ offered to sell a shotgun to an unidentified

24  co-conspirator and said that he needed to obtain more handguns.

25      170.  On June 30, 2007, by telephone using coded language,

26  defendant RODRIGUEZ arranged to sell "eight-balls" of

27  methamphetamine to an unidentified co-conspirator.

28      171.  On July 1, 2008, in Hollywood, California, defendant

44

SOTO told an undercover law enforcement officer that SOTO and other Mongols had been "hunting" members of the "Hells Angels" biker gang in Hollywood, California, and physically attacking them when possible.

172.  On July 5, 2007, in Los Angeles, California, defendant J. GARCIA discussed his efforts to establish the Cypress Park "chapter" of the Mongols gang and conflicts with the rival Cypress park street gang.

173.  On July 5, 2007, by telephone using coded language, an unidentified co-conspirator arranged to purchase approximately 28 grams of methamphetamine from defendant RODRIGUEZ for $700, and RODRIGUEZ directed defendant TRUJILLO to deliver it for him.

174.  On July 7, 2007, in Los Angeles, California, defendants CAVAZOS, R. CAVAZOS, JR., and MUNZ and other unidentified Mongols gang members rewarded defendant MALDONADO with authorization to display a Mongol "full patch" insignia tattooed on his head for having shot two members of the rival Maravilla gang on April 8, 2007.

175.  On July 10, 2007, by telephone using coded language, defendant RODRIGUEZ directed defendant MOREIN to deliver $1500 in drug proceeds to RODRIGUEZ's residence.

176.  On July 13, 2007, by telephone using coded language, defendant RODRIGUEZ directed defendant MEDEL to collect drug proceeds from an unindicted co-conspirator.

177.  On July 14, 2007, in Los Angeles, California, defendant RODRIGUEZ offered to sell methamphetamine to an undercover law enforcement officer.

178.  On July 14, 2007, by telephone using coded language,

1  defendant RODRIGUEZ told defendant MEDEL that RODRIGUEZ had to
2  take a gun from defendant TRUJILLO because TRUJILLO had been
3  randomly shooting at people on the freeway.

4      179.  On July 15, 2007, by telephone using coded language,
5  defendant GIL arranged to purchase methamphetamine from defendant
6  RODRIGUEZ and retrieve it from RODRIGUEZ's residence.

7      180.  On July 16, 2007, by telephone using coded language,
8  defendant FIGUEROA told defendant RODRIGUEZ that an unidentified
9  co-conspirator had failed to pay him for methamphetamine, and
10  RODRIGUEZ stated that the Mongols would "teach him a lesson."

11      181.  On July 17, 2007, by telephone using coded language,
12  defendant A. CAVAZOS, JR., asked to obtain methamphetamine from
13  defendant FIGUEROA.

14      182.  On July 17, 2007, by telephone using coded language,
15  defendant RODRIGUEZ told defendant A. CAVAZOS, JR., that
16  RODRIGUEZ believed he was being watched by federal law
17  enforcement officers and might need to flee the area.

18      183.  On July 17, 2007, by telephone using coded language,
19  defendant VALLE told defendant RODRIGUEZ that VALLE would use a
20  stolen credit card to pay VALLE's telephone bill.

21      184.  On July 17, 2007, by telephone using coded language,
22  defendant RODRIGUEZ directed defendant MOREIN to locate an
23  unidentified co-conspirator in order to obtain a firearm for
24  RODRIGUEZ.

25      185.  On July 19, 2007, by telephone using coded language,
26  defendant RODRIGUEZ sold two handguns to an unidentified co-
27  conspirator, and RODRIGUEZ told the co-conspirator that defendant
28  SOLIS would retrieve one of the guns immediately.

186. On July 19, 2007, defendants CAVAZOS, R. CAVAZOS, JR., H. GONZALEZ, RODRIGUEZ, SOTO, MUNOZ, J. GARCIA, R. MARTINEZ, R. LOZANO, and A. LOZANO, and others conducted a Mongols "Presidents" and "Sergeant-at-Arms" meeting in Los Angeles County, California, and CAVAZOS told members that they needed to demonstrate the "strength and muscle" of the Mongols and described the expansion of the Mongols gang into other states across the nation, and CAVAZOS discussed the need to use violence to expand the authority of the Mongols into new areas not previously controlled by the Mongols.

187. On July 19, 2007, by telephone using coded language, defendants RODRIGUEZ and SOLIS arranged to obtain a gun for defendant FIGUEROA.

188. On July 22, 2007, in Los Angeles, California, defendant J. GARCIA advised an undercover law enforcement officer that J. GARCIA was responsible for "taxing" Mongols members who are put out of the organization in "bad standing," which would include seizing the former member's motorcycle.

189. On July 22, 2007, by telephone using coded language, defendants RODRIGUEZ and SOLIS discussed using a stolen gift card to purchase items from Home Depot.

190. On July 22, 2007, by telephone using coded language, defendant AZANEDO advised defendant RODRIGUEZ that he had attacked an African-American man.

191. On July 23, 2007, by telephone using coded language, defendant AZANEDO offered to sell a .40 caliber handgun that AZANEDO had used to commit a murder to defendant RODRIGUEZ for $650, and RODRIGUEZ said that AZANEDO could still use the gun for

47

the Mongols North East Los Angeles Chapter.

192.  On July 23, 2007, by telephone using coded language, defendant RODRIGUEZ told defendant MEDEL that defendant M. GARCIA had been arrested with methamphetamine that RODRIGUEZ had provided to M. GARCIA and that RODRIGUEZ had lost $7000 as a result.

193.  On July 24, 2007, by telephone using coded language, defendant RODRIGUEZ told defendant CHAVEZ that defendant AZANEDO would bring him a .40 caliber handgun that AZANEDO had used to commit a murder.

194.  On July 25, 2007, by telephone using coded language, defendant CAVAZOS told defendant WILSON that CAVAZOS had learned that about 50 "Hells Angels" members were in Nebraska and that the rival "Sons of Silence" gang had issued an order to shoot Mongols members on sight.

195.  On July 26, 2007, by telephone using coded language, defendant VALLE asked to obtain methamphetamine from defendant RODRIGUEZ, and RODRIGUEZ told VALLE that he would leave it at his residence with defendant TRUJILLO.

196.  On July 27, 2007, defendants CAVAZOS and MUNZ directed Mongols members to attack rival gang members in order to expand the authority of the Mongols into Florida.

197.  On July 27, 2007, defendant MELGOZA physically attacked and shot at patrons of "Sevilla's" bar in Riverside, California, and then attempted to kill patrons by driving over them in the parking lot of the bar.

198.  On July 27, 2007, by telephone using coded language, defendant GIL offered to steal items from cars for defendant

48

RODRIGUEZ when GIL worked as a tow-truck driver.

199.  On July 27, 2007, by telephone using coded language, defendant CAVAZOS asked defendant MUNZ to attend a meeting with CAVAZOS in Reno, Nevada.

200.  On July 27, 2007, by telephone using coded language, defendant CAVAZOS discussed arrangements to meet in Reno, Nevada, with defendant WILSON, and WILSON also discussed the need to avoid meeting in casinos where they could be observed on video cameras.

201.  On July 28, 2007, by telephone using coded language, defendant MELGOZA told defendant RODRIGUEZ that MELGOZA had shot at patrons at "Sevilla's" bar in Riverside, California, and then attempted to drive over people in the parking lot, and MELGOZA stated that he hoped to be able to read the newspaper the next day and confirm that people were dead.

202.  On July 31, 2007, by telephone using coded language, defendants R. CAVAZOS, JR., and ROSELI issued an "all call" message to Mongols to advise that Mongols chapter dues were required to be delivered to the Mother Chapter the next day and that late chapters would be fined.

203.  On August 1, 2007, by telephone using coded language, defendants CAVAZOS and WILSON discussed forming an alliance with the "Pagans" gang as a means to combat the rival "Sons of Silence" gang in Indiana.

204.  On August 2, 2007, by telephone using coded language, defendant CAVAZOS advised defendant WILSON about forming a new Mongols chapter in Nevada and told WILSON that WILSON did not need to cover his swastika tattoos, but that Mongols had to wait

49

1 | five years before they could receive a Mongols "full patch"
2 | tattoo.

3 | 205. On August 2, 2007, by telephone using coded language,
4 | defendant MUNZ told defendant CAVAZOS that he had recruited three
5 | new members with applications, but that the new members did not
6 | have their money ready at that time.

7 | 206. On August 7, 2007, by telephone using coded language,
8 | an unidentified co-conspirator advised defendant RODRIGUEZ that
9 | he would seize defendant M. GARCIA's motorcycle and give it to
10 | RODRIGUEZ to compensate RODRIGUEZ for the methamphetamine that
11 | was seized from M. GARCIA when he was arrested.

12 | 207. On August 10, 2007, defendant RODRIGUEZ told two
13 | unindicted co-conspirators that they needed to carry firearms
14 | when they were with defendant FIGUEROA.

15 | 208. On August 11, 2007, by telephone using coded language,
16 | defendant MUNOZ advised defendant CAVAZOS that a Mongols member
17 | had been arrested with a gun.

18 | 209. On August 14, 2007, by telephone, defendant RODRIGUEZ
19 | told defendant VALLE that RODRIGUEZ would sell VALLE a chrome
20 | Smith & Wesson handgun for $500.

21 | 210. On August 18, 2007, in Los Angeles County, an
22 | unindicted co-conspirator advised Mongols members and associates
23 | that defendant CAVAZOS had directed Mongols members from
24 | California and other states to respond to threats from a rival
25 | gang in Indiana.

26 | 211. On August 18, 2007, Mongols members from Indiana,
27 | Oklahoma and California used guns, knives, brass knuckles,
28 | bullet-proof vests, and baseball bats to seize control of bars

1  and bar patrons and then attacked rival "Sons of Silence" and
2  "Outlaws" Motorcycle gang members in Indianapolis, Indiana.

3      212.  On August 19, 2007, by telephone using coded language,
4  defendant WILSON advised defendant CAVAZOS that a Mongols member
5  had been arrested in Oklahoma with a gun.

6      213.  On August 25, 2007, by telephone using coded language,
7  defendant MUNZ advised defendant CAVAZOS that Mongols members in
8  Canada were impatient with the issuance of a Mongols "code 55"
9  order and believed that the Mongols were not responding with
10  force to actions against the gang, and MUNZ also said that he had
11  discussed "snitching" with defendant WILSON.

12      214.  On August 25, 2007, by telephone using coded language,
13  defendants CAVAZOS and R. CAVAZOS, JR., ordered Mongols to stay
14  out of Norwalk, California, that day, in order to avoid contact
15  with law enforcement.

16      215.  On August 27, 2007, by telephone using coded language,
17  defendant MOREIN told defendant RODRIGUEZ that MOREIN had $6000
18  in drug proceeds and 30 stolen credit cards that he intended to
19  use at the Burbank mall.

20      216.  On August 27, 2007, by telephone using coded language,
21  defendant RODRIGUEZ directed defendant CHAVEZ to retrieve
22  methamphetamine, and CHAVEZ asked if CHAVEZ should maintain guns
23  that RODRIGUEZ had provided to him.

24      217.  On August 29, 2007, by telephone using coded language,
25  an unidentified co-conspirator asked permission from defendant
26  CAVAZOS to collect legal defense funds for defendant M. GARCIA
27  after his arrest.

28      218.  On August 30, 2007, in Los Angeles, California,

1  defendants CAVAZOS, R. CAVAZOS, JR., H. GONZALEZ, and J. GARCIA,
2  and others attended a Mongols "Treasurers" meeting, and CAVAZOS
3  advised Mongols that he would meet with prospective members in
4  New York and Florida, but that they should anticipate violent
5  confrontations with rival gang members already established in
6  other states.

7      219.  On August 31, 2007, by telephone using coded language,
8  defendant AZANEDO arranged to purchase narcotics from defendant
9  RODRIGUEZ for distribution.

10     220.  On September 1, 2007, in Los Angeles, California,
11 defendant RIOS discussed recent assaults committed by the Mongols
12 at the "Tokio" bar in Hollywood, California.

13     221.  On September 11, 2007, by telephone, defendants
14 CAVAZOS and TINOCO discussed arrangements to send Mongols patches
15 to members in chapters outside California and the receipt of
16 proceeds from out-of-state chapters.

17     222.  On September 13, 2007, defendants CAVAZOS, R. CAVAZOS,
18 JR., A. CAVAZOS, JR., MUNZ, and WILSON traveled to Atlantic City,
19 New Jersey, in order to form an alliance with the "Pagans"
20 motorcycle gang and thereby expand the authority of the Mongols,
21 and CAVAZOS advised persons at the meeting about the authority of
22 the Mongols, weapons available to the Mongols, as well as the
23 distribution of methamphetamine and firearms by Mongols members.

24     223.  On September 15, 2007, by telephone using coded
25 language, defendant MELGOZA agreed to broker a narcotics
26 transaction for defendant RODRIGUEZ and told RODRIGUEZ that
27 MELGOZA would need to get a scale before meeting to conduct the
28 transaction.

224.  On September 18, 2007, in San Bernardino, California, defendants R. LOZANO, REYNOLDS, and I. PADILLA, and an unindicted co-conspirator armed themselves with firearms and arranged to purchase 33 kilograms of cocaine with an undercover law enforcement officer and a confidential government informant.

225.  On September 20, 2007, by telephone using coded language, defendant CAVAZOS asked defendant H. GONZALEZ about the collection of payments from Mongols members and the availability of funds collected from Mongols.

226.  On September 21, 2007, by telephone, defendant TINOCO told defendant CAVAZOS that TINOCO had $740 available for CAVAZOS to use to travel to Palm Springs, California, and that TINOCO would coordinate with defendant NIEVES to deliver the money to CAVAZOS.

227.  On September 21, 2007, by telephone using coded language, defendant L. PADILLA told defendant RODRIGUEZ that L. PADILLA's source of supply would be transporting cocaine into the United States from Sinaloa, Mexico.

228.  On September 27, 2007, defendants CAVAZOS and R. CAVAZOS, JR., addressed Mongols members at a "Sergeant-At-Arms" meeting in Whittier, California, and instructed them about the conduct of the Mongols "national run" in Palm Springs, California.

229.  On October 1, 2007, defendant H. GONZALEZ collected "dues" from Mongols chapter "treasurers" at his residence in El Monte, California.

230.  On October 4, 2007, by telephone using coded language, defendant FIGUEROA discussed proceeds from drug trafficking with

1 | defendant RODRIGUEZ.

2 |     231.  On October 6, 2007, in Palm Springs, California,
3 | defendant CAVAZOS identified defendant WILSON as his "right-hand
4 | man" for the Mongols' anticipated expansion into the East Coast
5 | and awarded Mongols "Respect Few Fear None" patches to Mongols
6 | members, including defendants H. GONZALEZ, WILSON, RIOS, and
7 | MEDEL, for having committed acts of violence on behalf of the
8 | Mongols.

9 |     232.  On October 6, 2007, defendants CAVAZOS, MUNZ, and W.
10 | RAMIREZ addressed Mongols at the Mongols "national run" in Palm
11 | Springs, California, and recommended that three undercover law
12 | enforcement officers be accepted as prospective members of the
13 | Mongols.

14 |     233.  On October 7, 2007, in Palm Springs, California,
15 | defendants CAVAZOS, MUNZ, and WILSON issued a "Respect Few Fear
16 | None" patch and a "Black Heart" patch to a Mongols member as a
17 | reward for that member having engaged in a confrontation with a
18 | rival gang member on behalf of the Mongols in Indianapolis,
19 | Indiana.

20 |     234.  On October 9, 2007, by telephone using coded language,
21 | defendant CAVAZOS discussed arrangements to obtain funds to pay
22 | for the legal representation of defendant MALDONADO after
23 | MALDONADO had attempted to kill rival Mara Villa gang members on
24 | April 8, 2007, and H. GONZALEZ stated that there were many issues
25 | to address at the next "Mother Chapter" meeting related to the
26 | shooting.

27 |     235.  On October 10, 2007, by telephone using coded
28 | language, defendant W. RAMIREZ asked defendant RODRIGUEZ for a

quantity of narcotics to show to a prospective drug customer, and
RODRIGUEZ asked for a payment of $6200.

236.  On October 10, 2007, by telephone using coded
language, defendant CAVAZOS asked defendant MUNOZ about the
status of payments from Mongols members owed to CAVAZOS, so that
CAVAZOS could pay his taxes.

237.  On October 11, 2007, by telephone using coded
language, defendant MOREIN told defendant RODRIGUEZ that MOREIN
would deliver cash to RODRIGUEZ so that RODRIGUEZ could give it
to defendant CAVAZOS.

238.  On October 13, 2007, by telephone using coded
language, defendant W. RAMIREZ told defendant RODRIGUEZ that he
was interested in purchasing eight kilograms of cocaine for
$16,000 per kilogram.

239.  On October 13, 2007, by telephone using coded
language, defendant AZANEDO arranged to sell a gun to defendant
RODRIGUEZ.

240.  On October 14, 2007, by telephone using coded
language, defendant GUTIERREZ told defendant RODRIGUEZ that
GUTIERREZ had a gun.

241.  On October 14, 2007, by telephone using coded
language, defendant CAVAZOS arranged to retrieve Mongols payments
from defendant H. GONZALEZ, and H. GONZALEZ told CAVAZOS that H.
GONZALEZ needed to cash a money order and check a post office box
for additional funds.

242.  On October 18, 2007, defendant SOTO possessed two
semi-automatic handguns, narcotics, and a scale at his residence
in Pacoima, California.

243.   On October 19, 2007, by telephone using coded language, defendant GUTIERREZ arranged to obtain narcotics from defendant RODRIGUEZ.

244.   On October 20, 2007, defendant WILSON met with members of a rival gang in Daytona Beach, Florida, and arranged to purchase firearms from them.

245.   On October 21, 2007, by telephone using coded language, defendant AZANEDO asked to purchase narcotics from defendant RODRIGUEZ, and RODRIGUEZ asked AZANEDO why he had not attempted to purchase narcotics from defendant FIGUEROA.

246.   On October 22, 2007, by telephone using coded language, defendant RODRIGUEZ told an unindicted co-conspirator that a pound of pure methamphetamine would cost $17,000.

247.   On October 22, 2007, defendant MOREIN possessed a loaded handgun and methamphetamine in Los Angeles County, California.

248.   On October 22, 2007, by telephone using coded language, defendant RODRIGUEZ told defendant L. PADILLA that RODRIGUEZ had been offered cocaine for $16,000 per kilogram, and L. PADILLA stated that "Bird" had been selling low quality narcotics but that L. PADILLA's source would be transporting narcotics from Sinaloa, Mexico, that weekend.

249.   On October 23, 2007, by telephone using coded language, defendant RODRIGUEZ directed defendant SOLIS to obtain guns.

250.   On October 28, 2007, by telephone using coded language, defendant RODRIGUEZ asked an unindicted Mongols member if he was carrying his firearm with him.

251. On November 1, 2007, by telephone using coded language, defendant AZANEDO asked to purchase narcotics from defendant RODRIGUEZ.

252. On November 6, 2007, in Azusa, California, defendants SOLIS and TRUJILLO robbed M.R. of home theater equipment, using a knife and handgun.

253. On November 6, 2007, defendant TINOCO provided patches to defendant J. GARCIA to be awarded to new Mongol members.

254. On November 10, 2007, in Whittier, California, defendants R. MARTINEZ and NIEVES met with undercover law enforcement officers to explain the requirements of their "prospect" status, and defendant PRICE attempted to compel one of the officers to ingest methamphetamine.

255. On November 11, 2007, defendant RODRIGUEZ possessed ammunition at the "Sportsman" bar in Hacienda Heights, California, and an unindicted co-conspirator directed undercover law enforcement officers, posing as Mongols "prospects," and defendant ANGULO to act as security during a Mongols meeting being conducted in the bar.

256. On November 16, 2007, by telephone using coded language, defendant TRUJILLO arranged to provide narcotics to an unindicted Mongols member.

257. On November 16, 2007, defendant NIEVES directed undercover law enforcement officers, posing as Mongols "prospects," to attend a Mongols function at the "Dawg House" bar, and defendant LEMAY attempted to distribute cocaine while possessing a firearm.

258. On November 18, 2007, in Los Angeles, California,

57

defendant J. GARCIA advised an undercover law enforcement officer
that the Mongols would be collecting funds to pay for an attorney
to represent defendant MALDONADO, because the April 8, 2007
shooting at the Nicholas bar was conducted on behalf of the
Mongols.

259.   On November 18, 2007, by telephone using coded
language, defendant MUNOZ asked an unidentified Mongols member if
the Mongols would be attacking members of a rival gang who ride
sport motorcycles.

260.   On November 20, 2007, in Los Angeles, California, an
unindicted co-conspirator permitted Mongols members to use the
"Sportsman" bar after hours in order to conduct a Mongols meeting
and directed undercover law enforcement officers posing as
Mongols "prospects" to maintain security for the bar.

261.   On November 21, 2007, in Los Angeles, California,
defendant MUNOZ possessed and attempted to transport
approximately 66.8 grams of actual methamphetamine.

262.   On November 21, 2007, by telephone using coded
language, defendant MUNOZ told defendants W. RAMIREZ and
RODRIGUEZ that he had been arrested with methamphetamine.

263.   On November 22, 2007, by telephone using coded
language, defendant MUNOZ told defendant CAVAZOS that he had been
arrested and that narcotics investigators had attempted to
interview him.

264.   On November 24, 2007, in Los Angeles, California,
Mongols members retrieved defendant J. GONZALEZ's motorcycle from
his in-laws' residence in Los Angeles, California, and the
Mongols required the family members to pay $500 to repair the

1  motorcycle tires, which had been flattened.

2      265.  On November 28, 2007, in Los Angeles, California,
3  defendant J. GARCIA advised an undercover law enforcement agent,
4  who was posing as a Mongols "prospect," that defendant CAVAZOS
5  was attempting to negotiate with "La Eme" to compensate them for
6  the narcotics-trafficking being conducted by Mongols members, and
7  that CAVAZOS had met with "La Eme" representatives at "City Walk"
8  in Studio City to offer them a one-time "tax" payment, but that
9  the offer had been rejected and "La Eme" had ordered a "green-
10 light" on the Mongols.

11     266.  On November 30, 2007, by telephone using coded
12 language, defendant SAVALA asked defendant FIGUEROA if SAVALA
13 could retrieve a firearm from FIGUEROA's residence.

14     267.  On December 1, 2007, defendant ANGULO traveled with an
15 undercover law enforcement officer and transported cash collected
16 from Mongols members from defendant TINOCO's residence to the
17 residence of defendant H. GONZALEZ in City of Industry,
18 California.

19     268.  On December 1, 2007, defendants SOTO and WEDIG
20 distributed narcotics at the "Crazy Girls" club in Hollywood,
21 California.

22     269.  On December 1, 2007, in Los Angeles, California,
23 defendants ARMENDAREZ and R. LOZANO arranged to sell
24 methamphetamine and marijuana to an undercover law enforcement
25 officer who was posing as a narcotics trafficker.

26     270.  On December 1, 2007, by telephone using coded
27 language, defendant L. PADILLA told defendant RODRIGUEZ that L.
28 PADILLA had narcotics for RODRIGUEZ and that RODRIGUEZ should

59

1  call him on a different telephone.

2      271.  On December 2, 2007, defendants VIRAMONTES, SHAWLEY,
3  and GIL distributed narcotics at the "Hustler" club in Colton,
4  California, and an unidentified Mongols member assaulted a
5  waitress in the club.

6      272.  On December 5, 2007, by telephone using coded
7  language, defendants RODRIGUEZ and SOLIS discussed the use of
8  stolen credit cards and gift cards.

9      273.  On December 6, 2007, by telephone using coded
10 language, defendant SAVALA arranged to distribute narcotics to
11 defendant FIGUEROA.

12     274.  On December 7, 2007, by telephone using coded
13 language, defendant RODRIGUEZ asked to purchase a gun from
14 defendant AZANEDO.

15     275.  On December 9, 2007, defendant NIEVES instructed
16 Mongols "prospects," including undercover law enforcement
17 officers posing as Mongols "prospects," to arm themselves as a
18 security force at a location near defendant CAVAZOS' residence in
19 West Covina, California.

20     276.  On December 9, 2007, defendant PRICE directed
21 undercover officers posing as Mongols "prospects" to arm
22 themselves against rival gang members outside the "House Lounge"
23 in Hollywood, California.

24     277.  On December 11, 2007, by telephone using coded
25 language, defendant RODRIGUEZ directed defendant FIGUEROA to
26 bring a gun with him to a meeting.

27     278.  On December 11, 2007, defendant RODRIGUEZ offered to
28 provide a gun to an unidentified co-conspirator for $600.

279.  On December 11, 2007, defendant FIGUEROA possessed a stolen handgun.

280.  On December 11, 2007, defendant PRICE provided a handgun to an unidentified Mongols "prospect" who was serving as security outside a "Church Meeting" of the Mongols Marrano Beach chapter.

281.  On December 13, 2007, defendant RODRIGUEZ possessed a loaded Glock Model 30 .45 caliber semi-automatic handgun, a Llama .45 caliber semi-automatic handgun, a Glock 9 mm handgun and Mongols clothing, and defendant L. PADILLA delivered approximately 112 grams of methamphetamine to RODRIGUEZ and defendant TRUJILLO at their residence in Arcadia, California.

282.  On December 13, 2007, by telephone using coded language, defendant L. PADILLA told defendant RODRIGUEZ that L. PADILLA had been arrested and asked RODRIGUEZ to meet with him, but to sneak him in through a rear entrance.

283.  On December 14, 2007, defendant RODRIGUEZ told defendants A. CAVAZOS, JR., and MEDEL that he had been arrested the previous day and that a firearm and narcotics had been recovered from his residence.

284.  On December 14, 2007, by telephone using coded language, defendants MEDEL and FIGUEROA discussed the fact that FIGUEROA had been arrested with a weapon and scale at his residence and that FIGUEROA was the suspect in a murder investigation, and MEDEL told RODRIGUEZ that defendant L. PADILLA had also been arrested with narcotics.

285.  On December 14, 2007, by telephone using coded language, defendant AZANEDO arranged to distribute narcotics to

1 defendant FIGUEROA.

2   286.  On December 16, 2007, an undercover law enforcement
3 officer drove defendant MCCAULEY from Los Angeles International
4 Airport to CAVAZOS' residence in West Covina, California, and
5 MCCAULEY told the undercover officer that he would lose his
6 position in the military if his superiors learned that he was a
7 member of the Mongols.

8   287.  On December 16, 2007, defendant RODRIGUEZ told
9 undercover law enforcement officers, who were posing as Mongols
10 "prospects," that he had influence within the Mongols and a close
11 relationship with defendant CAVAZOS, which would enable him to
12 help the officers in the Mongols.

13   288.  On December 16, 2007, defendant NIEVES possessed a
14 handgun in Reno, Nevada.

15   289.  On December 18, 2007, defendant MUNZ and other
16 unindicted Mongols offered to provide weapons to Mongols during a
17 Christmas party in Reno, Nevada.

18   290.  On December 21, 2007, by telephone using coded
19 language, defendant WILSON arranged to obtain 20 patches for new
20 Mongols members and discussed a plan to add new members in Italy.

21   291.  On December 21, 2007, in West Covina, California,
22 defendant R. LOZANO told an undercover law enforcement officer,
23 who was posing as a narcotics trafficker, that R. LOZANO had a
24 source of supply for methamphetamine who could provide higher
25 quality narcotics than defendant ARMENDAREZ did.

26   292.  On December 22, 2007, defendants CAVAZOS, R. CAVAZOS,
27 JR., A. CAVAZOS, JR., H. GONZALEZ, CANALES, NIEVES, and MUNOZ,
28 and other Mongols conducted a Mongols "Mother Chapter" meeting at

CAVAZOS' residence in West Covina, California, while Mongols "prospects" were required to maintain an armed presence outside the residence.

293. On December 22, 2007, by telephone using coded language, defendant SAVALA arranged to collect narcotics proceeds from defendant FIGUEROA.

294. On December 26, 2007, by telephone using coded language, defendant WILSON directed an unidentified Mongols member to beat an individual posing as a Mongol member in Canada.

295. On December 27, 2007, by telephone using coded language, defendant MUNZ asked defendant CAVAZOS about the availability of funds for the defense of Mongols facing criminal charges, and CAVAZOS stated that he would discuss the request with defendant H. GONZALEZ.

297. On December 27, 2007, by telephone using coded language, defendant H. GONZALEZ told defendant CAVAZOS that the Mongols would be collecting $40 from all members to pay legal costs for Mongols members who were facing charges for crimes committed on behalf of the Mongols.

298. On December 28, 2007, in El Monte, California, defendants H. GONZALEZ and TINOCO collected cash payments from Mongols members to pay defense attorneys to represent the Mongols and to pay cellular telephone "dues."

299. On December 28, 2007, in Los Angeles, California, defendant CONTRERAS told an undercover law enforcement officer, who was posing as a Mongols "prospect," that he maintained a stolen motorcycle.

300. On December 28, 2007, in Los Angeles, California,

63

1  defendant NIEVES advised undercover law enforcement officers that

2  NIEVES and other Mongols had been "taxing" a former Mongol and

3  also warned the undercover officers that he had been alerted by a

4  Nextel employee that federal law enforcement officers had begun

5  "tapping" the telephones of Mongols members.

6      301.  On December 30, 2007, defendant NIEVES possessed a

7  Smith & Wesson .40 caliber handgun.

8      302.  On January 2, 2008, by telephone using coded language,

9  defendant WILSON sought authorization from defendant H. GONZALEZ

10  to attack J.D.

11      303.  On January 7, 2008, by telephone using coded language,

12  defendant WILSON told defendant MUNZ that he planned to admit

13  defendants BUSS and MCCAULEY into the Mongols "World" chapter and

14  that he planned to expand the Mongols organization into every

15  state in the United States.

16      304.  On January 7, 2008, by telephone, defendant CAVAZOS

17  told F.G. that he would provide funds to pay for defendant

18  MALDONADO's legal fees following MALDONADO's attempt to kill two

19  Maravilla gang members, and CAVAZOS also stated that a gun used

20  by MALDONADO in the shooting had been found in a Mongols members'

21  car.

22      305.  On January 10, 2008, by telephone using coded

23  language, defendant WILSON directed an unidentified Mongols

24  member to beat rival "Pagan" gang members in Baltimore, Maryland.

25      306.  On January 19, 2008, by telephone using coded

26  language, defendants MUNZ and WILSON discussed the rules of

27  membership in the Mongols, including the fact that all decisions

28  must be approved through the "Mother Chapter" members, and WILSON

stated that speaking disrespectfully about the Mongols is a punishable offense.

307.   On January 19, 2008, defendants CAVAZOS, R. CAVAZOS, JR., and ROSELI ejected a former Mongol from the "House Lounge" in Maywood, California, for his connection to the Mexican Mafia.

308.   On January 19, 2008, defendant R. LOZANO arranged to sell methamphetamine he obtained from defendant RIVERA to an undercover law enforcement officer, and R. LOZANO later discussed plans to obtain law enforcement uniforms in order to conduct the robbery of a residence where Mongols members believed cocaine had been stored.

309.   On January 19, 2008, defendant CAVAZOS addressed Mongols members at the House Lounge in Maywood, California, and claimed that the Mongols had expanded into foreign countries and all fifty states.

310.   On January 20, 2008, by telephone using coded language, defendant WILSON told defendant H. GONZALEZ that defendant CAVAZOS had directed WILSON to remove Mongols patches from a former Mongols member.

311.   On January 21, 2008, by telephone using coded language, defendant MUNZ instructed a Mongols "prospect" that he would be required to report to defendants CHEVILLE and an unindicted co-conspirator everyday, as a condition to his re-instated Mongols membership.

312.   On January 26, 2008, defendants CAVAZOS and NIEVES attended a Mongols meeting at "Kelly's Pub" in Arcadia, California, and CAVAZOS possessed a firearm during the meeting.

313.   On January 26, 2008, in Arcadia, California, defendant