THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER BRUNWIN
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
California State Bar No. 110984
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-mail: frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-1201 |
| Plaintiff, | [~~PROPOSED~~] ORDER RESTRAINING SALE ⁄ TRANSFER, ~~USE OR DISPLAY~~ OF TRADEMARK |
| v. | |
| RUBEN CAVAZOS, aka "Doc", et al., | [18 U.S.C. § 1963(d)] |
| Defendants. | [UNDER SEAL] |

Upon consideration of the (1) Ex Parte Application for Post-Indictment Restraining Order filed by the United States; (2) supporting Memorandum of Points and Authorities; and (3) Declaration of Special Agent John Ciccone, the Court hereby finds as follows:

On January 11, 2005, the United States Patent and Trademark Office ("PTO") registered the "Mongols" trademark (Registration No. 2916965). The trademark was issued to Mongol Nation, purportedly for use in commerce in connection with promoting the interests of persons interested in the recreation of riding motorcycles.

On October 9, 2008, a federal grand jury in Los Angeles returned an indictment (under seal) alleging racketeering activity by members of the Mongol Nation.

Count eighty-five of the indictment identifies the Mongols trademark as an asset which the government seeks to forfeit in these criminal proceedings. The indictment alleges that the defendants control the Mongols Motorcycle club, also known as Mongol Nation, which in turn owns the trademark, and that in the event of the defendants' convictions, the trademark would be subject to forfeiture to the United States under 18 U.S.C. § 1963(a)(1), (2) and (3).

The sale, transfer, conveyance, or other disposal of the trademark by any of the defendants in this criminal action could render the trademark unavailable for forfeiture. ~~In addition, there is overwhelming evidence that the defendants use and display the trademark to promote their criminal enterprise and activities~~.

Accordingly, IT IS HEREBY ORDERED that the defendants in this criminal action, and any of their agents, servants, employees, family members, and those persons in active concert or participation with them, are enjoined and restrained from taking any action or attempted action that would affect the availability, marketability or value of the Mongols trademark, including but not limited to selling, conveying, transferring, licensing, distributing, bailing, assigning, mortgaging, pledging, collateralizing, hypothecating, wasting, secreting, damaging, diminishing the value of, conveying, encumbering, or otherwise disposing of the Mongols trademark.

~~IT IS FURTHER HEREBY ORDERED that the defendants in this criminal action, and any of their agents, servants, employees, family members, and those persons in active concert or participation with them, are enjoined and restrained from wearing, using or displaying the Mongols trademark (however spelled, used or displayed, whether capitalized, abbreviated, singular or plural, printed, stylized or incorporated in a symbol or article of clothing, whether used alone or in combination with any wording or symbol, and whether displayed personally, or for the purpose of advertising or publicizing the activities of the Mongol Nation, the Mongols, or any members thereof).~~

IT IS FURTHER HEREBY ORDERED that the defendants in this criminal action, and any of their agents, servants, employees, family members, and those persons in active concert or participation with them, shall surrender for seizure all products, clothing, vehicles, motorcycles, books, posters, merchandise, stationery, or other materials bearing the Mongols

trademark. ~~or trade dress~~.

For the purposes of this Order, "defendants" means and includes: RUBEN CAVAZOS, also known as ("aka") "Doc" ("CAVAZOS"), RUBEN CAVAZOS, JR., aka "Little Rubes" ("R. CAVAZOS, JR.") HECTOR GONZALEZ, JR., aka "Largo" ("GONZALEZ"), ARTHUR ROSELI, JR., aka "Chiques" ("ROSELI"), JUAN MANUEL NIEVES, aka "Listo" ("NIEVES"), ANTHONY MARK TINOCO, aka "Bengal" ("TINOCO"), WILLIAM MICHAEL MUNZ ("MUNZ"), LAWRENCE WILSON, aka "Lars" ("WILSON"), WALTER RAMIREZ, aka "Bumper" ("RAMIREZ"), ANDRES RODRIGUEZ, aka "Rascal" ("RODRIGUEZ"), ENRIQUE LOUIS MUNOZ, aka "Hank" ("MUNOZ"), JOSE GARCIA, aka "Big Joe" ("GARCIA"), SHAWN BUSS, aka "Monster" ("BUSS"), PETER SOTO, aka "Bouncer" ("SOTO"), VICENT RIOS, aka "Chente" ("RIOS"), AL CAVAZOS, JR., aka "Al the Suit" ("A. CAVAZOS, JR."), MANUEL ARMENDAREZ, aka "Mandog" ("ARMENDAREZ"), ROGER MARTINEZ, aka "Stamper," ("R. MARTINEZ"), RAFAEL LOZANO, aka "Peligroso" ("R. LOZANO"), ALEX LOZANO, aka "Reaper" ("A. LOZANO"), MARK GARCIA, aka "Wolf" ("M. GARCIA"), HORACIO PONCE, aka "Scorpio" ("PONCE"), FELIX FIGUEROA, aka "Risky" ("FIGUEROA"), DAVID EDWARD GIL, aka "L.A. Bull" ("GIL"), RICARDO GUTIERREZ, aka "Ricko" ("GUTIERREZ"), JORGE VIRAMONTES, aka "Solo" ("VIRAMONTES"), JOHN CARNELAS, aka "JC" ("CARNELAS"), ALESSANDRO LOPEZ, aka "Grumpy" ("LOPEZ"), JUAN ALFRED GONZALEZ, aka "Negro" ("J. GONZALEZ"), ANTHONY ZUNIGA, aka "Wicked" ("ZUNIGA"), BENJAMIN LEYVA, aka "Secret" ("LEYVA"), WILLIAM OWENS, aka "Target" ("OWENS"), JON JAY MOREIN, "White Boy Jon" ("MOREIN"), LUIS PADILLA, aka "Kiko" ("L. PADILLA"), RAYMOND ANTHONY TRUJILLO, aka "Nasty" ("TRUJILLO"), DANIEL MEDEL, aka "Big Dog" ("MEDEL"), FNU LNU, aka "Bullet" ("BULLET"), DENIS

MALDONADO, aka "Steaky" ("MALDONADO"), NORBERTO JOSE MONTES, aka "Villain" ("MONTES"), ABRAM WEDIG, aka "Cane" ("WEDIG"), JOSEPH BRADEN, aka "Socks" ("BRADEN"), RAMON CHAVEZ ("CHAVEZ"), MANUEL MELGOZA ("MELGOZA"), DAVID TELLEZ ("TELLEZ"), MARIO ANGULO, aka "Kermit" ("ANGULO"), RAMON CONTRERAS, aka "Speedy" ("CONTRERAS"), RICHARD ESPINOZA, aka "Radone" ("ESPINOZA"), ISMAEL RIVERA, aka "Yo-Yo" ("RIVERA"), HAROLD REYNOLDS, aka "Face" ("REYNOLDS"), ISMAEL PADILLA, aka "Mouth" ("I. PADILLA"), JASON HILL, aka "Big J" ("HILL"), SAM TREVINO, aka "Wapo" ("TREVINO"), BRANDON CHEVILLE, aka "Suicide" ("CHEVILLE"), RUDOLPH VALLE, aka "Swifty" ("VALLE"), PAUL LEMAY, aka "Spider" ("LEMAY"), WILLIAM SHAWLEY, aka "Dago Bull" ("SHAWLEY"), AARON PRICE, aka "Sick Boy" ("PRICE"), PAUL CORDOVA, aka "Chopper" ("CORDOVA"), DAVID NAVA ("NAVA"), RENATO GOMEZ ("R. GOMEZ"), BRIAN MCCAULEY ("MCCAULEY"), WILLIAM LOUIE, aka "Chief" ("LOUIE"), JORGE COTTINI, aka "House" ("COTTINI"), SAMUEL GONZALEZ, aka "Serial Sam" ("S. GONZALEZ"), JAIME FLORES ("FLORES"), ALFONSO SOLIS ("SOLIS"), WILLIAM RAMIREZ, aka "Moreno" (WILLIAM RAMIREZ"), AUSTIN MELCER, aka "Danger" ("MELCER"), CHRISTOPHER LOZA, aka "Punk Rock" ("LOZA"), JOHN NEWMAN, aka "Weto" ("NEWMAN"), EDWARD MORENO, aka "Violent Ed" ("MORENO"), THOMAS SAVALA, aka "Danger" ("SAVALA"), and DAVID PADILLA, aka "Lazy Dave" ("D. PADILLA").

  The application of the United States for this post-indictment restraining order, the supporting points and authorities and Ciccone Declaration, the proposed Order, and any Orders issued by the Court in connection with any of these pleadings, are to be filed and kept under seal until 10:00 a.m. on October 21, 2008, except as needed by law enforcement agents

1  to implement the restraints ordered.  Said documents shall be
2  unsealed as of 10:00 a.m. on October 21, 2008, ~~unless and until~~
3  ~~otherwise ordered by this Court~~.  To facilitate the purpose and
4  effect of this interim sealing request, the the Court hereby
5  directs the United States Attorney's Office to retain custody of
6  the sealed documents during this brief interim period, and to
7  file said documents at or shortly after 10:00 a.m. on October 21,
8  2008.

DATED: Oct. 21, 2008

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
FRANK D. KORTUM
Assistant United States Attorney